**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Sandpiper CDN, LLC,

*Plaintiff,*

v.

Cox Communications, Inc., CoxCom LLC, and CMG Media Corporation d/b/a Cox Media Group

*Defendants*.

**Civil Case No. ____________**

**JURY TRIAL DEMANDED**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Sandpiper CDN, LLC ("Sandpiper CDN," "Sandpiper," or "Plaintiff") hereby files this Complaint for patent infringement against Cox Communications, Inc., CoxCom LLC, and CMG Media Corporation d/b/a Cox Media Group ("Cox" or "Defendants"), and alleges as follows:

## NATURE OF THE ACTION

1. This is a civil action against Cox for patent infringement arising under the United States Patent Laws, 35 U.S.C. § 271, *et. seq.* for the infringement of U.S. Patent No. 8,478,903; U.S. Patent No. 9,628,347; U.S. Patent No. 9,660,876; U.S. Patent No. 10,432,481; U.S. Patent No. 10,484,232; and U.S. Patent No. 11,818,229 (collectively "the Asserted Patents"). A true and correct copy of each Asserted Patent is attached to this Complaint as Exhibits A-F, respectively. Each of the Asserted Patents is owned by Plaintiff Sandpiper CDN, and Plaintiff and/or its predecessors-in-interest have satisfied all statutory obligations required to collect pre- and post-filing damages for the full period allowed by law for infringement of the Asserted Patents, including under 35 U.S.C. § 287.

2. Sandpiper has licensed the Asserted Patents, along with the rest of its patent portfolio, to multiple major U.S. companies. Additionally, some of the largest U.S. companies have licensed or expressed an interest in licensing Sandpiper's software related to delivering content at scale. Given the decades of effort from the Sandpiper team to pioneer and develop Sandpiper's foundational technology, including both its patent portfolio and its content delivery network ("CDN") software, coupled with the interest from U.S. companies to license and deploy such technology, Sandpiper recognizes the importance of addressing longstanding infringement of its patents in the content delivery industry.

3. On December 2, 2025, more than six months before filing this suit, Sandpiper sent a letter to Cox to propose a patent license. In the letter, Sandpiper explained the nature of Cox's infringement: that Cox's CDN and related services infringed on Sandpiper's patents. Sandpiper's letter identified specific portions of Cox's technology at issue — for example, Cox's use of Apache Traffic Control, Apache Traffic Server, and Apache Kafka (collectively, the "Apache content delivery tools"). Sandpiper's letter concluded with an invitation for Cox to engage in a licensing discussion.

4. Cox refused to meaningfully engage with Sandpiper in any licensing discussions. Rather than address the merits of Sandpiper's infringement theories or the validity of Sandpiper's patents, Cox demanded proof from Sandpiper that Cox was using Apache content delivery functionality before engaging further in any negotiations.

5. In response to Cox's request for substantiation, Sandpiper provided Cox extensive evidence concerning Cox's use of the Apache content delivery tools, including statements made by Cox's own engineers. For example, Sandpiper shared a press release from the Apache Software Foundation in which a Cox engineer stated that "Cox has been involved with this project since

2014 and has over 4 years of experience with running it in a large national network. Apache Traffic Control is the first CDN platform in the Open Source domain and really brings something that was missing in the market." Sandpiper also provided video presentations made by Cox engineers about Cox's use of each of the Apache content delivery tools. These materials are described more fully in the body of this Complaint.

6. Despite Sandpiper having provided the requested materials, Cox simply responded on January 8, 2026, that it would look into the information Sandpiper provided, and then never engaged further with Sandpiper. As a result, Sandpiper now brings this action to enforce its rights.

## PARTIES

7. Plaintiff Sandpiper CDN is a Delaware limited liability company with its principal place of business in Wilmington, Delaware.

8. Upon information and belief, Defendant Cox Communications, Inc. is a corporation organized and existing under the laws of Delaware that maintains an established place of business at 6205 Peachtree, Dunwoody Road, Atlanta, Georgia 30328.

9. Upon information and belief, Defendant CoxCom LLC is a limited liability company organized and existing under the laws of Delaware that maintains an established place of business at 6205 Peachtree Dunwoody Road, Atlanta, Georgia 30328.

10. Upon information and belief, Defendant CMG Media Corporation d/b/a Cox Media Group is a corporation organized and existing under the laws of Delaware that maintains an established place of business at 223 Perimeter Center Pkwy NE, Atlanta, Georgia 30346, United States.

## JURISDICTION AND VENUE

11. This action arises under the United States Patent Laws, Title 35 of the United States Code. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

12. This Court has personal jurisdiction over Cox in this action because Cox has established principal places of business within the Northern District of Georgia, thus Cox has established contacts with this forum such that the exercise of jurisdiction over Cox would not offend traditional notions of fair play and substantial justice.

13. Additionally, Cox, directly and/or through subsidiaries or intermediaries, has engaged in continuous, systematic, and substantial activities within this State, including substantial marketing and sales of products—including Cox products using the accused Cox CDN functionalities[1]—within this State. In addition, Cox, directly and/or through subsidiaries or intermediaries, committed and continues to commit acts of infringement in this District by, among other things, leveraging the offices, facilities, hardware, software, and/or employees Cox maintains in this District and the State of Georgia to make, use, sell, and offer to sell the accused Cox CDN functionalities, and thereby actively directing its activities to customers located in the State of Georgia.

14. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b). Defendants maintain regular and established places of business in the State of Georgia and in this District, transact business in the Northern District of Georgia, and have committed and continue to commit acts of patent infringement in the Northern District of Georgia.

---

[1] The "accused Cox CDN functionalities" are defined herein, including at ¶¶ 29-44, 78 *et seq.*, *infra*.

15. Cox directly and/or through subsidiaries or intermediaries tests, distributes, markets, offers to sell, sells, and/or utilizes products and services utilizing the accused Cox CDN functionalities in the Northern District of Georgia, and otherwise purposefully directs infringing activities to this District in connection with its products and services utilizing the accused Cox CDN functionalities.

## FACTUAL BACKGROUND

### Content Delivery Networks

16. Today, content delivery networks ("CDN") provide the critical services that enable content providers to quickly deliver online content to millions of consumers simultaneously over the Internet. But this has not always been the case.

17. In the early 1990s, the World Wide Web saw increasing adoption, becoming a household staple. This mass adoption led to data congestion issues due to the ever-growing number of users seeking to simultaneously access Internet content. A typical computer server in the 1990s, for example, could only handle a limited number of simultaneous connections before becoming overloaded. Moreover, signals take time to move through physical internet cables, and consumers living far from the physical server(s) hosting content experienced sluggish load times and high latency due to problems such as overloaded servers, congested network segments, and geographic separation.

### Sandpiper Networks

18. In the mid-1990s, Andrew Swart and David Farber were among the first individuals to develop services that allowed content providers to distribute their content over the Internet, while avoiding the common congestion and performance issues that plagued Internet transmission at that time. One solution developed by Mr. Swart and Mr. Faber was to deploy CDN servers

around the world. In doing so, Mr. Swart and Mr. Faber developed infrastructure and logic to replicate appropriate content from customers' origin servers to appropriate CDN servers, transparently rendezvous end users requesting that content to the "best" CDN server to deliver that content, while providing customers with control over their content and user experience. This service and its architecture was imitated by many others in the industry, including Cox.

19. Mr. Swart and Mr. Farber developed technology that empowered consumers to connect to an edge server that was closer to them and that had available bandwidth. This revolutionary infrastructure and logic provided numerous technical benefits. For example, distributing content across a network of servers alleviated data congestion issues. Additionally, allowing consumers to connect to nearby edge servers, instead of distant origin servers, reduced latency. Mr. Swart and Mr. Farber developed and built systems and methods for propagating data from origin servers to edge servers (in one example, a process known as "caching") based on network demand and for seamlessly routing users to the optimal edge server with the correct content.

20. In 1996, Mr. Swart and Mr. Farber founded Sandpiper Networks Inc. to further develop and commercialize their novel concept for a CDN. Sandpiper Networks was based in Thousand Oaks, California. Beginning in 1996, Sandpiper Networks designed and built a CDN referred to as "Footprint." By at least May 24, 1996, the Sandpiper team developed infrastructure for delivering streaming resources, such as audio and video, using Sandpiper's CDN.

21. Sandpiper Networks labored not only to build and implement its CDN, but also to protect their groundbreaking innovation through patent protection. Recognizing that its invention could revolutionize content delivery worldwide, Sandpiper Networks filed numerous patent applications directed to its foundational CDN technology.

22. By at least May 1998, Sandpiper Networks was caching content and delivering cached content to end users of content providers using its CDN. Sandpiper Networks' first paying customer, the L.A. Times, paid Sandpiper Networks to host the report of Independent Counsel Ken Starr on his investigation of President Bill Clinton ("the Starr Report") beginning on September 11, 1998. Sandpiper's CDN was capable of caching, and used to cache and deliver Internet resources including *inter alia*, pictures, text files, dynamic resources, and streaming multimedia resources.

23. By October 30, 1998, Sandpiper partnered with WebRadio to utilize Sandpiper's CDN to deliver streaming audio from radio stations on behalf of WebRadio. This streaming audio was readily available to any Internet user.

24. On April 19, 1999, Sandpiper used its CDN to broadcast a live concert by the band "Big Bad Voodoo Daddy."

25. In December 1999, Sandpiper merged with Digital Island, Inc. ("Digital Island"), which filed additional patent applications directed to CDN technology.

26. In January 2007 and following a series of acquisitions, the assets of Sandpiper Networks and Digital Island, as well as their CDNs and patents, were acquired by Level 3.

27. Following its acquisition of Sandpiper's CDN, Level 3 understood the groundbreaking technologies pioneered by Sandpiper Networks. Level 3 continued building upon the foundation laid by Sandpiper, eventually becoming one of the foremost CDN operators in the United States.

**Industry Infringement**

28. In the early-to-mid 2000s, demand for CDNs exploded. This increased demand prompted a slew of companies to enter the CDN market. These companies commercialized their

own CDNs that incorporated the foundational CDN technology pioneered and patented by Sandpiper Networks and Level 3. In doing so, these companies capitalized on the investment made into CDN research and development made by Level 3 and/or its predecessors, misappropriating years of research and investments.

**Cox's Infringing Services**

29. One such company is Cox. On information and belief, by 2016, Cox's business model developed a need for a network to deliver content to customers across Cox's networks. Leveraging the success of CDN technology pioneered by Level 3 and/or its predecessors, Cox built its own in-house CDN to provide its customers access to content including through live television networks, applications, websites, and other video-on-demand streaming services.[2] By leveraging technology of the Asserted Patents, and on information and belief, Cox's in-house CDN delivered quick download speeds, optimized media delivery, experienced less buffering, and delivered an improved customer experience, among other technical benefits.

30. Cox provides its CDN technology using Apache Traffic Control ("ATC").[3]

31. Cox has been running a large, national CDN since approximately 2014 based on ATC, according to a Principal Engineer at Cox.

> "Cox has been involved with this project since 2014 and has over 4 years of experience with running it in a large national network. Apache Traffic Control is the first CDN platform in the Open Source domain and really brings something that was missing in the market," said Steve Malenfant, Principal Engineer at Cox. "We love the flexibility of the system and the ease to scale up as well as being able to collaborate with peers that have similar challenges."

https://news.apache.org/foundation/entry/the-apache-software-foundation-announces36 (2018)

---

[2] https://www.elastic.co/pt/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications ("Cox, the third-largest cable company in the US… spent the last two years transitioning video delivery to IP utilizing a content delivery platform that they built in-house…").

[3] https://traffic-control-cdn.readthedocs.io/en/v7.0.1/faq.html; *see also* https://traffic-control-cdn.readthedocs.io/en/2.2.0/faq/general.html; https://traffic-control-cdn.readthedocs.io/en/latest/faq.html




https://www.elastic.co/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications at 1:30




https://www.elastic.co/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications at 1:43

> Cox, the third-largest cable company in the US with 6.2 million customers, spent the last two years transitioning video delivery to IP utilizing a content delivery platform that they built in-house. One of the key challenges they had to overcome was how to aggregate, index, and analyze over 2.5 billion daily log entries — all using the Elastic Stack.

https://www.elastic.co/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications

32. As one example, Cox serves content to end-users using its CDN, including content from the Olympics in 2018, as described in the video below.




https://www.youtube.com/watch?v=fOw9Whcxs1A at 0:43

33. Cox was an Initial Committer and Affiliate of the Apache Traffic Control Proposal, including Mr. Hank Beatty and Mr. Steve Malenfant.[4]

34. In his role at Cox, Mr. Beatty has managed a nationwide CDN using Apache Traffic Control and Apache Traffic Server.




https://www.linkedin.com/in/hank-beatty-a85b1a46/

35. Mr. Beaty's LinkedIn further evidences that Cox's CDN has used and still uses Apache Traffic Control. *Id.*

---

4 https://cwiki.apache.org/confluence/display/INCUBATOR/TrafficControlProposal; *see also* https://lists.apache.org/thread/0rk640z6xfrtg8kg4pbc7rvs151o3501

36. Additionally, Mr. Malenfant's GitHub account and posts are additional evidence that Cox's CDN has used and still uses Apache Traffic Control.[5]

**smalenfant** opened on Oct 12, 2022 Last edited by smalenfant Contributor ···

Notices that this happened after a 6.1.0 upgrade from 5.1.2 and also after a Traffic Vault Riak -> Postgresql migration.

## This Bug Report affects these Traffic Control components:

- Traffic Ops (version 6.1.0)

## Current behavior:

When requesting certificate renewal, the ACME/Let's Encrypt process goes through but fails to write the new certificate to the database.

/var/log/message:

```
Oct 12 13:52:13 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:13 [INFO] acme: Querying account for https://acme-v02.api
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [] acme: Trying renewal with 543 hours remaining
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Obtai
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] AuthURL: ht
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Could
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Could
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: use d
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Prepa
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Tryin
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Check
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] Wait for propagation [timeout: 20m0s, interval: 30s]
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Waiti
Oct 12 13:52:44 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:44 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Waiti
Oct 12 13:53:01 cdn1cdcms0001 systemd: Started Session 56323 of user root.
Oct 12 13:53:20 cdn1cdcms0001 traffic_ops: 2022/10/12 13:53:20 [INFO] [crs.national-linear-red.cdn1.coxlab.net] The server
Oct 12 13:53:20 cdn1cdcms0001 traffic_ops: 2022/10/12 13:53:20 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Clean
Oct 12 13:53:20 cdn1cdcms0001 traffic_ops: 2022/10/12 13:53:20 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Valid
Oct 12 13:53:20 cdn1cdcms0001 traffic_ops: 2022/10/12 13:53:20 [INFO] [crs.national-linear-red.cdn1.coxlab.net] Server resp
```

https://github.com/apache/trafficcontrol/issues/7129

37. Cox's CDN, and services relying on that CDN, use technology described and claimed by the Asserted Patents to meet its enormous data streaming needs. One example of Cox's CDN architecture is provided below, which includes a Traffic Server infrastructure, a Traffic Control infrastructure, a DNS server, and/or a client, among other components.

[5] *See e.g.*, https://github.com/apache/trafficcontrol/issues/7129; https://github.com/smalenfant; https://github.com/apache/trafficserver/issues/11378; https://github.com/apache/trafficcontrol/blob/8fcb7f61523653d7c7c58b39b158bbd7e631ebe4/.mailmap#L27-L28



Fig. 3 *Apache Traffic Control Hierarchical Diagram*

https://traffic-control-cdn.readthedocs.io/en/latest/overview/introduction.html

38. Moreover, ATC provides tools for customizing or extending the capabilities of its CDNs. For example, ATC provides a library of plugins, which empower Cox to personalize its CDNs and achieve certain technical benefits provided by the Asserted Patents.




https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/introduction.en.html

39. In one example, and on information and belief, Cox employs a tier of servers, leveraging ATC as its in-house CDN. For example, Cox CDN, organized between an origin server and its clients, includes any number of tiers. As illustrated in the example below, Cox's CDN includes a mid-tier assembly and an edge tier assembly. In this manner, content can be better distributed within Cox's CDN to achieve the technical benefits provided by the Asserted Patents.

40. On information and belief, Cox further leveraged other software tools made available through the Apache Software Foundation. One such tool is Apache Kafka. The Apache Software Foundation provides that Apache Kafka "distributed event streaming platform used by thousands of companies for high-performance data pipelines, streaming analytics, data integration, and mission-critical applications."6 On information and belief, Cox is one of these companies. As described in detail below, and on information and belief, Cox employs Apache Kafka to efficiently update CDNs based on event streams as claimed by the Asserted Patents.

[6] https://kafka.apache.org/




[https://www.elastic.co/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications at 6:05](https://www.elastic.co/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications)




https://view.officeapps.live.com/op/view.aspx?src=https%3A%2F%2Ftrafficcontrol.apache.org%2Fevents%2Fatc.autumn.summit.october.2017%2FKafka-Aggregation-POC.pptx&wdOrigin=BROWSELINK

41. Leveraging this technology enables Cox to save on costs related to Cox's content delivery and to generate substantial revenue across several product segments.

42. For instance, Cox's CDN technology is used and/or sold by all Defendants in this case. Cox Communications, Inc. is the third-largest cable television provider in the United States

and utilizes its in-house content delivery network for at least video delivery.[7] On information and belief, CoxCom, LLC sells and provides cable television and high-speed internet throughout the United States.[8] CMG Media Corporation d/b/a Cox Media Group is a media and advertisement company "delivering weekly to over 60 million Americans 15 high-quality, market-leading television brands in 9 markets; 45 top-performing radio stations in 9 markets, numerous streaming and digital platforms; and local, regional and national advertising businesses."[9] These Cox entities, referred herein as Cox, directly and/or through subsidiaries or intermediaries, use or sell Cox's CDN technology for content delivery.

43. For example, Cox, directly and/or through subsidiaries or intermediaries, uses or sells its CDN technology in connection with services such as video streaming and digital cable technologies (including Contour TV and the Contour app[10]), Cox Enterprise solutions such as Cox Managed Cloud Services,[11] and Cox Business and Residential solutions including content delivery services. On information and belief, Cox's solutions are also utilized in the retail, gaming, hospitality, healthcare, financial services, and manufacturing industries.[12] The Cox CDN technology and architecture, and the services Cox offers for sale that utilize this technology and

[7] https://www.elastic.co/pt/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications; https://www.cox.com/residential/support/streaming-apps-on-contour-tv-and-contour-stream-player.html

[8] https://docs.cpuc.ca.gov/PUBLISHED/FINAL_DECISION/167585-01.htm#:~:text=3%20CoxCom%2C%20LLC%20(formerly%2C%20CoxCom%2C,Hearn%20Dr.%2C%20Atlanta%20GA%2030319.&text=4%20CoxCom%2C%20LLC%20is%20the,in%20California%20and%20other%20states; https://www.bloomberg.com/profile/company/1084951D:US.

[9] https://www.cmg.com/about-us/; https://www.cmglocalsolutions.com/solutions/streaming-advertising

[10] https://www.cox.com/residential/tv/watch-tv-online.html

[11] https://www.cox.com/business/enterprise/nation-wide-services.html ("scalable, and redundant solutions designed to reduce costs, simplify your business, and make accessing precious data easier and less expensive")

[12] https://www.fierce-network.com/ai/cox-targets-retailers-edge-solution

architecture, are collectively referred to herein as the accused "Cox CDN" functionalities. Cox did not license this patented technology from Sandpiper CDN, Level 3 and/or its predecessors.

44. In early 2024, Level 3 sold the Asserted Patents to Plaintiff Sandpiper CDN. Sandpiper CDN is now the owner in right, title, and interest in and to each of the Asserted Patents. Sandpiper CDN has the rights to sue and recover for past infringements and damages regarding the Asserted Patents, including but not limited to past infringements and damages prior to Sandpiper CDN's ownership of the Asserted Patents.

**The Parties' Previous Correspondence**

45. Sandpiper CDN previously reached out to Cox regarding Cox's infringement of Sandpiper CDN's patents.

46. On December 2, 2025, Sandpiper CDN sent a notice letter and claim charts to Cox. The notice letter specified exemplary patent and claim numbers that were utilized by Cox, several of which are asserted in this Complaint. The notice letter further specified the products and services that infringe Sandpiper CDN's patents, explicitly listing Cox's CDN and its configuration and implementation of Apache Traffic Control, Apache Traffic Server and Apache Kafka. Additionally, Sandpiper CDN's notice letter explained that Sandpiper CDN was in litigation against Comcast, and Cox's CDN operates in a manner very similar to that of Comcast's CDN. As part of its notice letter, Sandpiper CDN attached five detailed claim charts related to Apache Traffic Control, Apache Traffic Server, and Apache Kafka, which are implemented and used by Cox's CDN. Moreover, these claim charts mapped the claims explicitly listed in the notice letter, including claims asserted in this case.

**Sandpiper CDN**

47. Named after, and in homage to, the company that originally pioneered and developed CDN technologies in the 1990's, Sandpiper CDN now brings this suit to address Cox's longstanding infringement of the patented technology claimed by the Asserted Patents.

48. The Asserted Patents are valid and enforceable, and the inventions claimed in the Asserted Patents are enabled, novel, non-obvious, unconventional, and non-routine at least as of their respective filing dates.

**ASSERTED PATENTS**

49. Patent Number 8,478,903 ("the '903 Patent") is entitled "Shared Content Delivery Infrastructure," and it claims priority to U.S. Patent Application No. 09/021,506, filed on February 10, 1998. *See* Ex. A.

50. As Internet use has increased, website owners must address ever-increasing bandwidth needs, dynamic changes in load, and performance issues relating to browsing clients, including clients in remote or distant locations.[13] When a server with website content, such as an origin server, receives multiple requests for website content, delivery of that content can be slow.

51. The invention of the '903 patent provides solutions to this problem. In certain embodiments of the '903 patent, methods are provided to, in a computer network, off-load processing of requests for selected resources (such as website content) by determining a different server to process those requests.[14] In some embodiments, this involves replicating content from a source associated with a client of a CDN network onto CDN servers. For example, end-user requests could be directed to the CDN servers instead of to the client's servers or the client's

[13] Ex. A, '903 Patent, 1:27-31.
[14] *Id*. at 2:62-65.

origin servers. These solutions in the ’903 Patent improve the performance of providing website content to users in a network.[15]

52. Additionally, certain claimed embodiments of the ’903 Patent solve issues related to delivering resources from more than one content provider. For instance, the inventors of the ’903 Patent pioneered CDN technology for delivering resources associated with more than one content provider, embodiments of which involve a shared CDN server and alias names in order to provide resources in response to requests. In one example, an alias name is an alternate name that can be used to make a connection. Certain claimed solutions of the ’903 Patent include specific combinations that were not conventional at the time of the invention of the ’903 Patent.

53. In one specific example of a technical improvement, a repeater server in a CDN maintains a partial mirror of more than one origin server by implementing a distributed and/or coherent cache of the origin server(s), in order to off-load processing and provide additional bandwidth for multiple website owners.[16] In one example, a repeater server is a network node that amplifies and rebroadcasts signals. In one example, a distributed cache is a type of cache that distributes data across multiple servers in a cluster, while a coherent cache ensures that all clients see the same data in a cache.

54. According to one claimed solution in the ’903 Patent, a content delivery system with at least one shared repeater server is provided. The shared repeater server can replicate resources associated with origin servers. In one embodiment, requests for a resource on an origin server are directed, at least in part, based on an alias name to at least one repeater server.[17]

[15] *Id.*
[16] *Id*. at 4:37-40.
[17] *Id*. at claim 28.

55. Patent Number 9,628,347 ("the '347 Patent") is entitled "Layered Request Processing in a Content Delivery Network (CDN)," and claims priority to U.S. Provisional Patent Application No. 61/737,072 filed on December 13, 2012. *See* Ex. B.

56. As CDNs became more widely adopted, the type of the content the networks were responsible for serving and delivering evolved. As a result, issues started to arise as CDNs—originally configured to treat any and all requests for content the same—started receiving different requests for different types of content, such as video, images, written work, or other multimedia content. Further compounding the issue were the varying needs of distinct origin servers across the CDN, each with their own unique configurations and properties.

57. The inventors of the '347 Patent pioneered technical solutions to these problems. Instead of employing CDNs using a conventional one-size-fits all approach, the inventors developed the specific, technical solution of employing a layered approach for responding to requests. In doing so, certain embodiments of the '347 Patent configure layers for processing requests using a modifiable, modular control environment.[18]

58. The claims of the '347 patent describe specific, technical solutions, using specific structures, that were not conventional at the time of the invention of the '347 Patent, and the '347 Patent describes how the solutions are implemented. For example, independent claim 1 recites:

> processing said request, starting at said particular first layer, said processing being based on a modifiable runtime environment, said processing continuing conditionally through each of said particular layers in turn until either said request is terminated by one of said layers or said particular last layer processes said request . . . wherein, in processing of said request, at least one of said layers modifies said

[18] *See* Ex. B, '347 patent, 64:11-16.

> modifiable control environment to produce a modified control environment, and wherein processing of said request by a subsequent layer is based on the modified control environment.

The claimed solution provides numerous technical benefits specific to the technical field of CDNs that was unconventional at the time of filing the ’347 Patent. First, the claimed “layered approach to request processing may provide for separate levels of configuration for each service.”[19] Second, “the net effect[s of the ’347 Patent] could be to augment or modify the subscriber/coserver sequence from what it might have been had the preceding layers not been executed.”[20] Third, the operation of the hardware operating the CDN is improved in that the ’347 Patent may “provide lower latency for the current request” and “improve performance or availability of the service.”[21]

59. Patent Number 9,660,876 (the ’876 Patent) is entitled “Collector Mechanisms in a Content Delivery Network,” and it claims priority to U.S. Provisional Patent Application No. 61/737,072 filed on December 13, 2012. *See* Ex. C.

60. As CDN technology developed, the type of the content served and delivered by CDNs evolved. As a result, CDNs—originally configured to treat requests for all content the same—experienced issues as they started receiving different requests for different types of content, such as video, images, written work, or other multimedia content. Further compounding the issue was the challenge in configuring CDNs to account for different types of parameters associated with delivering content, including responsibilities, security, quality, and the like.

---

[19] *See id.* at 67:37-38.
[20] *See id.* at 65:67-66:2.
[21] *See id.* at 158:53-54 and 49:37.

61. The inventors of the ’876 Patent identified these technical problems and invented specific and technical solutions to address them. In particular, the inventors developed, *inter alia*, a specific and technical solution whereby “state data are used to inform a peering policy of a set of caches,” where a collector system “produce[s] state data relating to and based on information represented in said event data of said multiple event streams.”[22] The inventors also discovered that using the state data relating to the event streams to inform a peering policy empowered the customization of computing components in a CDN, which improves computational efficiency of the CDN through specialization. Moreover, as the inventors explained to the Patent Office, the disclosed inventions of the ’876 Patent are not abstract ideas, but are “applicable and limited by the claims to content delivery networks and provide[] a concrete way to support efficient and scalable content delivery in such networks . . . [and] ‘[are] necessarily rooted in computer technology in order to overcome a problem specifically arising in the realm of computer networks.’”[23] The technical solution of the ’876 Patent provides CDNs with the infrastructure and logic to handle specific requests for specific users in a more computationally efficient manner that was more scalable than other existing systems.[24]

62. Indeed, the claims of the ’876 Patent include specific and technical solutions, using specific structure, that were not conventional at the time, and the ’876 Patent describes how the solutions are implemented, as recited in the method of independent claim 1. First, using the claimed state data relating to the event streams to inform a peering policy allows for the

[22] *See* Ex. C, ’876 Patent, claim 1.
[23] *See* Applicant Arguments/Remarks Made in an Amendment dated June 2, 2016, p. 12 (successfully traversing a Patent Office rejection under 35 U.S.C. § 101 to establish that the patent application for the ’876 patent is directed to patent eligible subject matter) (citing *DDR Holdings, LLC v. Hotels.Com, L.P.*, 7773 F.3d 1245, 1257 (Fed. Cir. 2014)).
[24] *See id.* 36:29-32 (“This provides the benefits of command tracking for uncached resources in a more scalable way.”); *see also* 39:38-40:28 (section covering “Efficiency of Group Handling”).

customization of computing components in a CDN to improve computational efficiency of the CDN through specialization.[25] Second, using the claimed state data to inform a peering policy for a set of peer caches improves fault tolerance within a CDN to reduce outages.[26] Third, certain CDNs implementing embodiments claimed by the ’876 Patent are able to account for the ordering of the event streams to improve efficiency in configuring the CDNs by receiving multiple event streams, each comprising a timestamp for the event.

63. Patent Number 10,432,481 (the ’481 Patent) is entitled “Content delivery methods and systems,” and it claims priority to U.S. Provisional Patent Application No. 61/863,716 filed on August 8, 2013. *See* Ex. D.

64. At the time of the invention of the ’481 Patent, Internet traffic had become ubiquitous, and content providers needed to offload serving some or all of their content using a content delivery network (CDN).[27] More types of content also needed to be provided, as all kinds of resources migrated to the Internet, to be accessed by various devices in various locations.[28] These issues arise in the context of content providers using CDNs. For example, as explained in the ’481 Patent, conventional CDNs at the time were not well equipped to deal with large numbers of properties, high modification rates to property parameters, and/or high modification rates to associated alias tables used to serve content.[29]

---

[25] *See id.* at 52:16-22 (“The applicable chain of responsibilities and the capacity behind each are determined by the peering policy in effect based on [example state data]. This allows different request types to lead to different responsibility chains and different numbers of nodes allocated per responsibility.”).

[26] *See id.* at 53:35-39 (“[W]hen a new responsibility allocation is provided (due to a node becoming completely unavailable or having its capacity metric degraded), the previous allocation and the new allocation are combined over some fade interval to determine the actual responsibility set used by any node.”).

[27] Ex. D, ’481 Patent, 1:27-33.

[28] *E.g.*, *id.* at 1:38-52.

[29] *E.g.*, *id.* at 2:14-17.

65. The inventor of the ’481 Patent addressed these issues with specific, technical solutions, as claimed. As one example, the inventor implemented solutions including a virtual IP address and a property template associated with the virtual IP address.[30] The property template can be specific to the virtual IP address.[31] In one example, the property template includes a cache group, geo-blocking procedures, query string settings, and/or cache control settings.[32] The inventor developed further solutions, for instance involving metrics such as usage data based on a virtual IP address being provided.[33]

66. The claims of the ’481 Patent describe technical solutions, including solutions for processing content requests, which were not conventional at the time of the invention of the ’481 Patent. The ’481 Patent describes how the solutions are implemented. As one example, independent claim 1 recites, in part:

> receiving a content request for content of a customer of an aggregator of services of a content delivery network (CDN) . . . at a virtual IP address of the content delivery network; and processing the content request based on a property template associated with the virtual IP address, the property template specific to the virtual IP address and the property template comprising at least one of a delivery region, a cache control setting, a query string setting, or a geo-blocking parameter.

67. The claimed solutions in the ’481 Patent are not abstract. Instead, the claimed solutions of the ’481 Patent provide benefits to CDNs associated with content providers and consumers of content from content providers, as reflected herein and by the intrinsic record of the ’481 Patent. For example, pre-defined property templates as disclosed in the ’481 Patent improve CDNs by allowing CDNs to avoid configuring and managing enormous quantities of discrete

---

30 *E.g.*, *id*. at 2:24-32.
31 *E.g.*, *id*. at 8:26-29.
32 *E.g.*, *id*.. at 17:43-53.
33 *E.g.*, *id*.. at 18:12-24.

properties, thereby achieving certain technical benefits in a computationally inexpensive manner.[34] Additionally, certain technical solutions enable binding of virtual IP addresses to allow processing according to configurations.[35] Further, the property templates disclosed and implemented by the solutions in the ’481 Patent enable customers to control the freshness of content to avoid issues associated with outdated or “stale” data.[36] In another example, certain technical solutions achieved by the ’481 Patent “allow[] the target of the CNAME to be to a name outside the DNS control of the reseller, for example if the owners of example.com manage their own DNS service,” thereby providing granular control in certain CDNs employing Domain Name System (DNS) service.[37] In this manner, the ’481 Patent provides numerous unconventional technical benefits to CDNs and aggregators of CDNS.

68. Patent Number 11,818,229 (the ’229 Patent) is entitled “Caching in a content delivery framework,” and it claims priority to Application No. 14/570,512 filed on December 15, 2014. *See* Ex. E.

69. As content delivery networks (CDNs) were used to deliver substantial amounts of resources to end users, issues would arise relating to serving stale or outdated content from caches within a CDN.[38] In the context of a CDN, there are challenges associated with attempting to ensure the most-recent caching policy is applied, without incurring an undue amount computation resource expenditures expended through performing invalidations.[39] When implementing CDN

---

[34] *E.g.*, *id.* at 8:6-9.
[35] *E.g.*, *id.* at 2:46-56; 4:53-56.
[36] *E.g.*, *id.* at 9:3-20.
[37] *E.g.*, *id.* at 11:13-16.
[38] Ex. E, ’229 Patent, 2:53-58.
[39] *E.g.*, *id.* at 3:35-43.

technology, issues can also arise with respect to a caching policy becoming outdated, leading to erroneous content caching, which adversely affects the operation of a CDN.[40]

70. The inventors of the ’229 Patent addressed these issues, including with the specific solutions in the ’229 Patent. For example, the solutions in the ’229 Patent comprise determining a current cache policy when content is cached locally, where the current cache policy includes an internal caching policy associated with caching the content, and a separate internal caching policy associated with the serving of the content, in some embodiments.[41] The ’229 Patent provides technical methods implemented in a CDN, by a node in the CDN, to accurately apply a most-recent internal caching policy without having to force invalidations—thereby offering a technique that was unconventional at the time of filing the ’229 Patent and further improved the operation of a CDN.[42]

71. The claims of the ’229 Patent describe technical solutions, including solutions using internal cache policies as claimed, which were not conventional at the time of the invention of the ’229 Patent. The ’229 Patent describes how the solutions are implemented. As one example, independent claim 1 recites, in part:

> . . . in response to a request for content, determining if the content is cached locally . . . determining a current cache policy associated with the content . . . when it is not acceptable to serve the content that is cached locally, obtaining a new version of the content and then serving the new version of the content [and] when it is acceptable to serve the content that is cached locally, serving the content that is cached locally, wherein the current cache policy includes an internal caching policy honored by the node when caching content and a separate and distinct internal caching policy honored when the content is served.

[40] *E.g.*, *id.* at 4:19-24.
[41] *E.g.*, *id.* at 8:24-26.
[42] *Id.*; *see also id.* at 3:35-43.

72. The precise claimed solutions in the ’229 Patent are not abstract. For example, the claims require specific structural limitations including “a node in the CDN” with particular functional capabilities, distinguishing the claimed methods from abstract methods. Additionally, the claimed solutions of the ’229 Patent provide technical benefits to a CDN, as reflected herein and by the intrinsic record of the ’229 Patent. For instance, content providers are assured the latest caching policies are implemented with respect to content, so that end users are not served stale content.[43] In certain implementations, the solutions in the ’229 Patent allow entities to set or overriding a caching policy with respect to resources.[44] In accordance with specific solutions in the ’229 Patent, in some cases, the most-recent internal caching policy can be applied without causing or requiring invalidations each time a caching policy is set.[45] For example, certain embodiments “use[] a late-binding of the caching policy, thereby assuring that the latest internal caching policy is used without having to force invalidations (a potentially expensive process).”[46] As an additional example, the claimed methods solve the technological problem of efficiently serving content while honoring a caching policy through the specific technical solution of dual caching policies, such as honoring a caching policy when caching content and honoring a distinct caching policy when the content is served.[47]

73. Patent Number 10,484,232 (the ’232 Patent) is entitled “Customized domain names in a content delivery network (CDN),” and it claims priority to U.S. Provisional Patent Application Nos. 61/432,195 and 61/432,197, filed on January 12, 2011. *See* Ex. F.

---

[43] *E.g.*, *id.* at 2:53-58.
[44] *E.g.*, *id.* at 3:24-26.
[45] *E.g.*, *id.* at 3:35-43.
[46] *E.g.*, *id.* at 3:40-43.
[47] *E.g.*, *id.* at 8:43-46.

74. In the field of content delivery networks (CDNs), a network may have multiple cache sites comprising hardware components across a wide geographic area and desire to distribute resources to client machines on behalf of content providers via a public Internet without affecting system performance or sacrificing an end user's experience.[48] There was a need for CDN systems to provide or collect values with respect to policies, such as content-provider policies and/or CDN policies, for example in order to use an optimal location in the CDN (such as an optimal server).[49] Issues also arose regarding a need for providing or collecting values with respect to rendezvous, for example as used to direct requests to cache sites in a CDN.[50]

75. The inventors of the '232 Patent developed solutions in response to the challenges above. The inventors realized that it would be beneficial to provide value(s) to a rendezvous system or other systems in a DNS, for example to provide improved rendezvous and/or policy control.[51] In one example, the values are part of key-value pairs and may comprise information (e.g. encoding rate, client device type) that may be classified, encoded, and/or encrypted.[52] As disclosed in the '232 Patent, the customized domain names can be used by a name server to make static and/or dynamic assessments of aspects of a network.[53] Certain technical solutions in the '232 Patent include customized domain names that improve the redirection of requests to caches or servers within a CDN.[54]

76. The claims of the '232 Patent describe technical solutions, including computer-implemented solutions operable in a CDN, which were not conventional at the time of the

---

[48] Ex. F, '232 Patent, 3:48-65; 13:48-60.
[49] *E.g.*, *id.* at 4:4-26.
[50] *E.g.*, *id.* at 4:27-29.
[51] *E.g.*, *id.* at 7:5-8.
[52] *E.g.*, *id.* at 8:33-38.
[53] *E.g.*, *id.* at 7:14-17.
[54] *E.g.*, *id.* at 10:6-10; *id.* at 11:38-44.

invention of the ’232 Patent. The ’232 Patent describes how the solutions are implemented. As one example, independent claim 1 recites, in part:

> . . . receiving, at a cache server in the CDN, a client request for a resource, wherein the client request comprises a first domain name . . . determining one or more values forming part of the client request . . . in response to determining that said cache server has said requested resource, generating a second domain name to direct the client to said cache server for subsequent requests for said requested resource, said second domain name including first information from said first domain name and second information determined from said one or more values forming part of the client request . . . providing the second domain name to the client [and] receiving, at said cache server, a subsequent request for said requested resource, the subsequent request comprising said second domain name.

77. The claimed solutions in the ’232 Patent are not abstract. Instead, the claimed solutions of the ’232 Patent provide numerous benefits to the operation of CDNs and their hardware components, as reflected herein and by the intrinsic record of the ’232 Patent. The customized domain name disclosed in the ’232 Patent, for example, improves the rendezvous system in a DNS, and improves a name server’s assessments of a network to improve performance of a CDN.[55] The customized domain names may improve direction of requests to caches in a CDN.[56] For example, the disclosed improved redirection of requests to cache or server can be based on any number of factors including network load, load on the CDN servers and other components, location of the client computer, and/or other facts that may vary by time of day, type of content, content provider policies, CDN policies, and the like.[57] In this manner, the request routing and content delivery functionality of a CDN can be improved through reduced response time and improved computational efficiency resulting from precise request redirecting, for

---

[55] *E.g.*, *id.* at 7:5-17.
[56] *E.g.*, *id.* at 10:6-10; *id.* at 11:38-44.
[57] *E.g.*, *id.* at 4:18-26.

example, based on one or more values disclose by the ’232 Patent.[58] At least these example technical improvements may be achieved by the unconventional claimed embodiments disclosed by the ’232 Patent.

## THE ACCUSED COX CDN FUNCTIONALITIES

78. The accused Cox CDN functionalities comprise the Cox products and services using Apache Traffic Control, Apache Kafka, and/or any of Cox’s CDN architecture or solutions. For example, Cox uses the accused Cox CDN functionalities for its own products and services and sells CDN services to businesses and other content providers via its CDN. Cox’s motivation for infringing and continuing to infringe the Asserted patents is due at least in part to its growing demand for delivering content to customers, the infrastructure of which is built based on CDN technology claimed by the Asserted Patents as provided below.



Fig. 3 *Apache Traffic Control Hierarchical Diagram*

https://traffic-control-cdn.readthedocs.io/en/latest/overview/introduction.html

[58] *E.g.*, *id.* at 7:9-17; 10:1-9.

## COUNT I: INFRINGEMENT OF THE ’903 PATENT

79. Plaintiff hereby incorporates by reference each of the allegations in paragraphs 1-54 and 78 as though fully set forth herein, and further alleges as follows.

80. As explained above, in the context of CDN technology, issues arise relating to delivering content from more than one content provider. Certain CDN providers face challenges with respect to serving content associated with multiple sources. For example, issues relating to load balancing and traffic congestion at the origin servers arise for CDN providers. Embodiments of the ’903 Patent address such issues and include, for example, requests for a first resource located on a first origin server being directed, based at least in part on a first alias name, to at least one repeater server.

81. Taking advantage of these technical improvements described in the ’903 Patent, the accused Cox CDN technologies, including, for example, ATC and Apache Traffic Server, have employed and continue to employ the claimed subject matter of at least claim 28 of the ’903 Patent. Cox’s infringement has caused damages for which Plaintiff is entitled to compensation pursuant to 35 U.S.C. § 284.

82. As a non-limiting example, Claim 28 of the ’903 Patent claims a method for delivery using alias names and shared repeater servers to manage requests. The accused Cox CDN functionalities provide a method for delivering content in a network. For example, Cox delivers video utilizing a content delivery platform that it built in-house.[59]

83. Although not believed to be limiting on the claim scope, the preamble of Claim 28 recites a content delivery system with a plurality of origin servers, each of said origin servers

[59] https://www.elastic.co/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications

having resources associated therewith, and at least one shared repeater server operable to replicate resources associated with the plurality of origin servers. The accused Cox CDN functionalities meet these limitations at least because they include origin servers with resources, and at least one repeater server is operable to replicate resources associated with the origin servers.

> "Cox has been involved with this project since 2014 and has over 4 years of experience with running it in a large national network. Apache Traffic Control is the first CDN platform in the Open Source domain and really brings something that was missing in the market," said Steve Malenfant, Principal Engineer at Cox. "We love the flexibility of the system and the ease to scale up as well as being able to collaborate with peers that have similar challenges."

https://blogsarchive.apache.org/foundation/entry/the-apache-software-foundation-announces36

> **Principal Engineer**
> Cox Communications
> Nov 2011 - Present · 14 yrs 7 mos
> Atlanta, GA
>
> Architected, designed and operate the Cox national CDN for video delivery
> Completed proof of concept and trial of Transparent Caching
> Assisted design of Deep Packet Inspection services
> Designed telemetry solution based on time-series database
> Architected and designed of end-to-end log analytics platform

https://www.linkedin.com/in/steve-malenfant-7970581/

> **Senior CDN Engineer**
> Cox Communications
> Feb 2015 - Present · 11 yrs 4 mos
> Atlanta Metropolitan Area
>
> Automation with Ansible for all CDN components
> Managed nationwide CDN using Apache Traffic Control and Apache Traffic Server
> Close to zero-touch automation with Dell iDRAC and CentOS kickstart
> Automation with AWX for scheduling automatic processes such as backups
> Additional components included Riak KV, InfluxDB, Grafana, HA Proxy, PostgreSQL

https://www.linkedin.com/in/hank-beatty-a85b1a46/

Consider the example CDN in Fig. 1. Here some country/province/region has been divided into quarters: Northeast, Southeast, Northwest, and Southwest. The arrows in the diagram indicate the flow of requests. If a client in the Northwest, for example, were to make a request to the Delivery Service, it would first be directed to some cache server in the "Northwest" Edge-tier *Cache Group*. Should the requested content not be in cache, the Edge-tier server will select a parent from the "West" *Cache Group* and pass the request up, caching the result for future use. All Mid-tier *Cache Groups* (usually) answer to a single Origin that provides canonical content. If requested content is not in the Mid-tier cache, then the request will be passed up to the Origin and the result cached.




Fig. 1 *An example CDN that shows the hierarchy between four Edge-tier Cache Groups, two Mid-tier Cache Groups, and one Origin*

https://traffic-control-cdn.readthedocs.io/en/latest/overview/cache_groups.html

**cache servers**

The main function of a CDN is to proxy requests from clients to origin servers and cache the results. To proxy, in the CDN context, is to obtain content using HTTP from an origin server on behalf of a client. To cache is to store the results so they can be reused when other clients are requesting the same content. There are three types of proxies in use on the Internet today:

- reverse proxy: Used by Traffic Control for Edge-tier *cache servers*.
- forward proxy: Used by Traffic Control for Mid-tier *cache servers*.
- transparent proxy: These are not used by Traffic Control. If you are interested you can learn more about transparent proxies on wikipedia.

https://traffic-control-cdn.readthedocs.io/en/latest/glossary.html#term-cache-server

Traffic Server can accept requests on behalf of the origin server and improve the speed and quality of web serving by reducing load and hot spots on backup origin servers. For example, a web host can maintain a scalable Traffic Server system with a set of low-cost, low-performance, less-reliable PC origin servers as backup servers. In fact, a single Traffic Server can act as the virtual origin server for multiple backup origin servers, as shown in the figure below.




Traffic Server as reverse proxy for a pair of origin servers

https://docs.trafficserver.apache.org/en/9.2.x/admin-guide/configuration/redirecting-http-requests.en.html#reverse-proxy-and-http-redirects

84. In one example, the accused Cox CDN functionalities includes ATC, which is a content delivery network (CDN) solution built around the Apache Traffic Server.

Apache Traffic Control

Apache Traffic Control allows you to build a large scale content delivery network using open source. Built around Apache Traffic Server as the caching software, Traffic Control implements all the core functions of a modern CDN.

https://github.com/apache/trafficcontrol

85. The accused Cox CDN functionalities provide associating at least one repeater server with a first alias name. For example, the Cox CDN utilizes Apache Traffic Sever (ATS) which provides a means of utilizing an alias name for a given cache node (i.e., a repeater server) when retrieving content.

86. In the example below, the logging information provides a given alias hostname (i.e., the PHN) for a Traffic Server node responding to a given request for content. Additionally, in this example, the alias hostname for an origin server (i.e., the SHN) and the initial client request URL (i.e., URL) is mapped to the given Traffic Server node.




https://www.elastic.co/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications

**smalenfant** opened on Oct 12, 2022 · edited by smalenfant

Edits Contributor ···

Notices that this happened after a 6.1.0 upgrade from 5.1.2 and also after a Traffic Vault Riak -> Postgresql migration.

### This Bug Report affects these Traffic Control components:

- Traffic Ops (version 6.1.0)

### Current behavior:

When requesting certificate renewal, the ACME/Let's Encrypt process goes through but fails to write the new certificate to the database.

/var/log/message:

```
Oct 12 13:52:13 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:13 [INFO] acme: Querying account for https://acme-v02.api
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [] acme: Trying renewal with 543 hours remaining
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Obtai
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] AuthURL: ht
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Could
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Could
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: use d
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Prepa
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Tryin
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Check
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] Wait for propagation [timeout: 20m0s, interval: 30s]
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Waiti
Oct 12 13:52:44 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:44 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Waiti
Oct 12 13:53:01 cdn1cdcms0001 systemd: Started Session 56323 of user root.
Oct 12 13:53:20 cdn1cdcms0001 traffic_ops: 2022/10/12 13:53:20 [INFO] [crs.national-linear-red.cdn1.coxlab.net] The server
Oct 12 13:53:20 cdn1cdcms0001 traffic_ops: 2022/10/12 13:53:20 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Clean
Oct 12 13:53:20 cdn1cdcms0001 traffic_ops: 2022/10/12 13:53:20 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Valid
Oct 12 13:53:20 cdn1cdcms0001 traffic_ops: 2022/10/12 13:53:20 [INFO] [crs.national-linear-red.cdn1.coxlab.net] Server resp
```

Traffic Ops Log:

```
x.x.x.x:55562 national-linear-red: putting keys in Traffic Vault: could not begin Traffic Vault PostgreSQL transactio
Error posting acme certificate to Traffic Vault: could not begin Traffic Vault PostgreSQL transaction: context deadli
failed to write response (method = POST, URL = /api/4.0/deliveryservices/xmlId/national-linear-red/sslkeys/renew, request I
```

https://github.com/apache/trafficcontrol/issues/7129

87. The accused Cox CDN functionalities provide that requests for a first resource located on a first origin server are directed, based at least in part on said first alias name, to the at least one repeater server for delivery of the first resource from said at least one repeater server. In the example below, requests for a resource on an origin server are directed, based at least in part on an alias name, to a repeater server.

> Traffic Server can accept requests on behalf of the origin server and improve the speed and quality of web serving by reducing load and hot spots on backup origin servers. For example, a web host can maintain a scalable Traffic Server system with a set of low-cost, low-performance, less-reliable PC origin servers as backup servers. In fact, a single Traffic Server can act as the virtual origin server for multiple backup origin servers, as shown in the figure below.



Traffic Server as reverse proxy for a pair of origin servers

https://docs.trafficserver.apache.org/en/9.2.x/admin-guide/configuration/redirecting-http-requests.en.html#reverse-proxy-and-http-redirects

88. In another example, as shown below, origin tables are associated with FQDN (alias) and Delivery Service (repeater servers). In this example, multiple origin servers can have the same Delivery Service associated with them.

## Origins

A table of all Origins. These are automatically created for the Origins served by Delivery Services throughout all CDNs, but additional ones can be created at will. The table has the following columns:

**Name:** The name of the Origin. If this Origin was created automatically for a Delivery Service, this will be the xml_id of that Delivery Service.

**Tenant:** The name of the Tenant that owns this Origin - this is not necessarily the same as the Tenant that owns the Delivery Service to which this Origin belongs.

**Primary:** Either `true` to indicate that this is the "primary" Origin for the Delivery Service to which it is assigned, or `false` otherwise.

**Delivery Service:** The xml_id of the Delivery Service to which this Origin is assigned.

**FQDN:** The FQDN of the Origin.

**IPv4 Address:** The Origin's IPv4 address, if configured.

**IPv6 Address:** The Origin's IPv6 address, if configured.

**Protocol:** The protocol this Origin uses to serve content. One of

- http
- https

**Port:** The port on which the Origin listens for incoming HTTP(S) requests.

> **Note**
>
> If this field appears blank in the table, it means that a default was chosen for the Origin based on its Protocol - `80` for "http", `443` for "https".

**Coordinate:** The name of the geographic coordinate pair that defines the physical location of this Origin. Origins created for Delivery Services automatically will **not** have associated Coordinates. This can be rectified on the details pages for said Origins

**Cachegroup:** The Name of the Cache Group to which this Origin belongs, if any.

**Profile:** The Name of a Profile used by this Origin.

https://traffic-control-cdn.readthedocs.io/en/latest/admin/traffic_portal/usingtrafficportal.html#origins

# Delivery Services

"Delivery Services" are a very important construct in ATC. At their most basic, they are a source of content and a set of cache servers and configuration options used to distribute that content.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/delivery_services.html#delivery-services

**cache servers**

The main function of a CDN is to proxy requests from clients to origin servers and cache the results. To proxy, in the CDN context, is to obtain content using HTTP from an origin server on behalf of a client. To cache is to store the results so they can be reused when other clients are requesting the same content. There are three types of proxies in use on the Internet today:

- reverse proxy: Used by Traffic Control for Edge-tier *cache servers*.
- forward proxy: Used by Traffic Control for Mid-tier *cache servers*.
- transparent proxy: These are not used by Traffic Control. If you are interested you can learn more about transparent proxies on wikipedia.

https://traffic-control-cdn.readthedocs.io/en/latest/glossary.html#term-cache-servers

**FQDN**

Is the **FQDN** (the concatenation of `host_name` and `.` and `domain_name` from the server table) ping-able?

https://traffic-control-cdn.readthedocs.io/en/latest/admin/traffic_ops.html#check-extensions-installed-by-default

**fqdn:** The **FQDN** for the TXT record location to complete the DNS challenge

**record:** The record provided by Let's Encrypt to complete the DNS challenge

*#402 Response Example*


```
HTTP/1.1 200 OK
Content-Type: application/json

{ "response": [
    {
        "fqdn":"_acme-challenge.demo1.example.com.",
        "record":"testRecord"
    }
]}
```


https://traffic-control-cdn.readthedocs.io/en/latest/api/v3/letsencrypt_dnsrecords.html#request-structure

89. Moreover, in this example, an origin table contains the FQDN (alias) and the Delivery Service (identifying cache/repeater servers), thus associating an alias with repeater servers.

```sql
--
-- Name: origin; Type: TABLE; Schema: public; Owner: traffic_ops
--

CREATE TABLE IF NOT EXISTS origin (
    id bigserial NOT NULL,
    name text UNIQUE NOT NULL,
    fqdn text NOT NULL,
    protocol origin_protocol NOT NULL DEFAULT 'http',
    is_primary boolean NOT NULL DEFAULT FALSE,
    port bigint, -- TODO: port numbers have a max of 65535 - this could be just an integer
    ip_address text, -- TODO: these should be inet type, not text
    ip6_address text,
    deliveryservice bigint NOT NULL,
    coordinate bigint,
    profile bigint,
    cachegroup bigint,
    tenant bigint NOT NULL,
    last_updated timestamp with time zone NOT NULL DEFAULT now(),
    CONSTRAINT origin_pkey PRIMARY KEY (id)
);
```

Source: trafficcontrol/traffic_ops/app/db/create_tables.sql

```go
// GetDeliveryServices can be used with a valid query and map of values to
// retrieve Delivery Services from the database. Note that Tenancy must be built
// into the query already. The returned Delivery Services come with accompanying
// information about fields that have been removed from the model, in case a
// legacy handler needs that information.
func GetDeliveryServices(query string, queryValues map[string]interface{}, tx *sqlx.Tx) ([]DSWithLegacyFields, error, error, int)
    {
    rows, err := tx.NamedQuery(query, queryValues)
    if err != nil {
        return nil, nil, fmt.Errorf("querying: %w", err), http.StatusInternalServerError
    }
    defer log.Close(rows, "getting Delivery Services")

    dses := []DSWithLegacyFields{}
    dsCDNDomains := map[string]string{}

    // ensure json generated from this slice won't come out as `null` if empty
    dsQueryParams := []string{}

    geoLimitCountries := new(string)
    for rows.Next() {
        var ds tc.DeliveryServiceV5
        var longDesc1 *string
        var longDesc2 *string
        var cdnDomain string
        err := rows.Scan(
            &ds.Active,
            &ds.AnonymousBlockingEnabled,
            &ds.CCRDNSTTL,
            &ds.CDNID,
            &ds.CDNName,
            &ds.CheckPath,
            &ds.ConsistentHashRegex,
            &ds.DeepCachingType,
            &ds.DisplayName,
```

```
                    &ds.ID,
                    &ds.InfoURL,
                    &ds.InitialDispersion,
                    &ds.InnerHeaderRewrite,
                    &ds.IPV6RoutingEnabled,
                    &ds.LastHeaderRewrite,
                    &ds.LastUpdated,
                    &ds.LogsEnabled,
                    &ds.LongDesc,
                    &longDesc1,
                    &longDesc2,
                    &ds.MaxDNSAnswers,
                    &ds.MaxOriginConnections,
                    &ds.MaxRequestHeaderBytes,
                    &ds.MidHeaderRewrite,
                    &ds.MissLat,
                    &ds.MissLong,
                    &ds.MultiSiteOrigin,
                    &ds.OrgServerFQDN,
                    &ds.OriginShield,
                    &ds.ProfileID,
                    &ds.ProfileName,
```

```
// GetDeliveryServicesMatchLists retrieves "Match Lists" for each of the
// Delivery Services having the provided XMLID(s). The error return value is not
// safe to return to clients.
func GetDeliveryServicesMatchLists(dses []string, tx *sql.Tx) (map[string][]tc.DeliveryServiceMatch, error) {
	// TODO move somewhere generic
	q := `
SELECT ds.xml_id as ds_name, t.name as type, r.pattern, COALESCE(dsr.set_number, 0)
FROM regex as r
JOIN deliveryservice_regex as dsr ON dsr.regex = r.id
JOIN deliveryservice as ds on ds.id = dsr.deliveryservice
JOIN type as t ON r.type = t.id
WHERE ds.xml_id = ANY($1)
ORDER BY dsr.set_number
`
	rows, err := tx.Query(q, pq.Array(dses))
	if err != nil {
		return nil, fmt.Errorf("getting delivery service regexes: %w", err)
	}
	defer log.Close(rows, "getting Delivery Service Match Lists")

	matches := make(map[string][]tc.DeliveryServiceMatch, len(dses))
	for rows.Next() {
		m := tc.DeliveryServiceMatch{}
		dsName := ""
		matchTypeStr := ""
		if err := rows.Scan(&dsName, &matchTypeStr, &m.Pattern, &m.SetNumber); err != nil {
			return nil, fmt.Errorf("scanning delivery service regexes: %w", err)
		}
		matchType := tc.DSMatchTypeFromString(matchTypeStr)
		if matchType == tc.DSMatchTypeInvalid {
			return nil, errors.New("getting delivery service regexes: got invalid delivery service match type '" + matchTypeStr +
				"'")
		}
		m.Type = matchType
		matches[dsName] = append(matches[dsName], m)
	}
	return matches, nil
}
```

Source: trafficcontrol/traffic_ops/traffic_ops_golang/deliveryservice/deliveryservices.go

https://traffic-control-cdn.readthedocs.io/en/v8.0.2/api/v5/deliveryservice_requests.html#id1

```
"maxDnsAnswers": null,
"midHeaderRewrite": null,
"missLat": 42,
"missLong": -88,
"multiSiteOrigin": false,
"originShield": null,
"orgServerFqdn": "http://origin.infra.ciab.test",
"profileDescription": null,
"profileId": null,
"profileName": null,
"protocol": 2,
"qstringIgnore": 0,
"rangeRequestHandling": 0,
"regexRemap": null,
"regional": false,
"regionalGeoBlocking": false,
"remapText": null,
"routingName": "video",
"signed": false,
"sslKeyVersion": 1,
"tenantId": 1,
"type": "HTTP",
"typeId": 1,
"xmlId": "demo1",
"exampleURLs": [
    "http://video.demo1.mycdn.ciab.test",
    "https://video.demo1.mycdn.ciab.test"
],
```


https://traffic-control-cdn.readthedocs.io/en/v8.0.2/api/v5/deliveryservice_requests.html#post

90. The accused Cox CDN functionalities associate at least one repeater server with a second alias name. For example, a second alias name may be associated with another content source.

91. The accused Cox CDN functionalities provide that requests for a second resource located on a second origin server are directed, based at least in part on said second alias name, to the at least one repeater server for delivery of the second resource from said at least one repeater server, wherein the second origin server is distinct from the first origin server.

92. As one example, the accused Cox CDN functionalities associated the repeater server with a second alias name, and requests for a second resource (e.g., psp6cdedge09.coxlab.net and crs.national-linear-red.cdn1.coxlab.net).

**smalenfant** opened on Oct 12, 2022 · edited by smalenfant Edits Contributor ···

Notices that this happened after a 6.1.0 upgrade from 5.1.2 and also after a Traffic Vault Riak -> Postgresql migration.

### This Bug Report affects these Traffic Control components:

- Traffic Ops (version 6.1.0)

### Current behavior:

When requesting certificate renewal, the ACME/Let's Encrypt process goes through but fails to write the new certificate to the database.

/var/log/message:

```
Oct 12 13:52:13 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:13 [INFO] acme: Querying account for https://acme-v02.api
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [] acme: Trying renewal with 543 hours remaining
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Obtai
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] AuthURL: ht
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Could
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Could
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: use d
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Prepa
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Tryin
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Check
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] Wait for propagation [timeout: 20m0s, interval: 30s]
Oct 12 13:52:14 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:14 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Waiti
Oct 12 13:52:44 cdn1cdcms0001 traffic_ops: 2022/10/12 13:52:44 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Waiti
Oct 12 13:53:01 cdn1cdcms0001 systemd: Started Session 56323 of user root.
Oct 12 13:53:20 cdn1cdcms0001 traffic_ops: 2022/10/12 13:53:20 [INFO] [crs.national-linear-red.cdn1.coxlab.net] The server
Oct 12 13:53:20 cdn1cdcms0001 traffic_ops: 2022/10/12 13:53:20 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Clean
Oct 12 13:53:20 cdn1cdcms0001 traffic_ops: 2022/10/12 13:53:20 [INFO] [crs.national-linear-red.cdn1.coxlab.net] acme: Valid
Oct 12 13:53:20 cdn1cdcms0001 traffic_ops: 2022/10/12 13:53:20 [INFO] [crs.national-linear-red.cdn1.coxlab.net] Server resp
```

Traffic Ops Log:

```
x.x.x.x:55562 national-linear-red: putting keys in Traffic Vault: could not begin Traffic Vault PostgreSQL transactio
Error posting acme certificate to Traffic Vault: could not begin Traffic Vault PostgreSQL transaction: context deadli
failed to write response (method = POST, URL = /api/4.0/deliveryservices/xmlId/national-linear-red/sslkeys/renew, request I
```

https://github.com/apache/trafficcontrol/issues/7129

93. In one example, Traffic Server supports multiple origin servers (e.g., real_daines_books.com and bigserver.net) in the CDN by associating the traffic server (e.g., repeater server) with first and second alias name (e.g., www.dianes_books.com and silly.topics.org).

> Traffic Server can accept requests on behalf of the origin server and improve the speed and quality of web serving by reducing load and hot spots on backup origin servers. For example, a web host can maintain a scalable Traffic Server system with a set of low-cost, low-performance, less-reliable PC origin servers as backup servers. In fact, a single Traffic Server can act as the virtual origin server for multiple backup origin servers, as shown in the figure below.




Traffic Server as reverse proxy for a pair of origin servers

https://docs.trafficserver.apache.org/en/9.2.x/admin-guide/configuration/redirecting-http-requests.en.html#reverse-proxy-and-http-redirects

94. In another example, ATC supports multiple origin servers connected to the Cox CDN. These origin servers each have distinct hostnames. In this example, the *remap.config* file defines rules for remapping an incoming request to one server hostname to a different server hostname. In this example, Apache Traffic Server creates a rewrite table by calling the *init_reverse_proxy( )* function and loads the rules from the *remap.config* file. The *remap.config* file defines the origin server hostname and the hostname of the cache server to which the traffic is to be remapped to. For example, the *remap.config* file can be configured such that a cache server serves as a reverse proxy to an origin server. In this scenario, when Traffic Server receives a request for content from an origin server hostname, the request is remapped to the specified cache server, which will serve the content instead. Accused Apache Traffic Server remaps traffic sent to an origin server to an edge or mid-tier cache server (repeater server), which uses an alias URL.

## DNS Content Routing

For a DNS Delivery Service the client might receive a URL such as `http://video.demo1.mycdn.ciab.test/`. When the LDNS is resolving this `video.demo1.mycdn.ciab.test` hostname to an IP address, it ends at Traffic Router because it is the authoritative DNS server for `mycdn.ciab.test` and the domains below it, and subsequently responds with a list of IP addresses from the eligible cache servers based on the location of the LDNS. When responding, Traffic Router does not know the actual client IP address or the path that the client is going to request. The decision on what cache server IP address (or list of cache server IP addresses) to return is solely based on the location of the LDNS and the health of the cache servers. The client then connects to port 80 (HTTP) or port 443 (HTTPS) on the cache server, and sends the `Host: video.demo1.mycdn.ciab.test` header. The configuration of the cache server includes the "remap rule" `http://video.demo1.mycdn.ciab.test http://origin.infra.ciab.test` to map the routed name to an Origin hostname.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/traffic_router.html#dns-content-routing

## HTTP Content Routing

For an HTTP Delivery Service the client might receive a URL such as `http://video.demo1.mycdn.ciab.test/`. The LDNS resolves this `video.demo1.mycdn.ciab.test` to an IP address, but in this case Traffic Router returns its own IP address. The client opens a connection to port 80 (HTTP) or port 443 (HTTPS) on the Traffic Router's IP address, and sends its request.

*#21 Example Client Request to Traffic Router*

```
GET / HTTP/1.1
Host: video.demo1.mycdn.ciab.test
Accept: */*
```

Traffic Router uses an HTTP `302 Found` response to redirect the client to the best cache server.

*#22 Traffic Router Redirect to Edge-tier cache server*

```
HTTP/1.1 302 Found
Location: http://edge.demo1.mycdn.ciab.test/
Content-Length: 0
Date: Tue, 13 Jan 2015 20:01:41 GMT
```

In this case Traffic Router has access to more information when selecting a cache server because it has a full HTTP request instead of just a hostname. Traffic Router can be configured to select a cache server based on any of the following parts of the HTTP request:

- The client's IP address.
- The URL the client is requesting.
- All HTTP/1.1 headers.

The client follows the redirect and performs a DNS request for the IP address for `edge.demo1.mycdn.ciab.test`, and normal HTTP steps follow, except the sending of the Host: header when connected to the cache is `Host: edge.demo1.mycdn.ciab.test`, and the configuration of the cache server includes the "remap rule" (e.g. `http://edge.demo1.mycdn.ciab.test http://origin.infra.ciab.test`). Traffic Router sends all requests for the same path in a Delivery Service to the same cache server in a Cache Group using consistent hashing, in this case all cache servers in a Cache Group are not carrying the same content, and there is a much larger combined cache in the Cache Group. In many cases DNS content routing is the best possible option, especially in cases where the client is receiving small objects from the CDN like images and web pages. Traffic Router is redundant and horizontally scalable by adding more instances into the DNS hierarchy using NS records.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/traffic_router.html#http-content-routing

```
init_reverse_proxy()
{
  ink_assert(rewrite_table.load() == nullptr);
  reconfig_mutex      = new_ProxyMutex();
  auto *initial_table = new UrlRewrite();
  auto &config_reg    = config::ConfigRegistry::Get_Instance();

  // Register with ConfigRegistry BEFORE load() so that remap.config and remap.yaml are in
  // FileManager's bindings when .include directives call configFileChild()
  // to register child files (e.g. test.inc).
  config_reg.register_config(
    "remap",                                      // registry key
    ts::filename::REMAP,                          // default filename
    "proxy.config.url_remap.filename",            // record holding the filename
    [](ConfigContext ctx) { reloadUrlRewrite(ctx); }, // reload handler
    config::ConfigSource::FileOnly);              // file-based only

  config_reg.register_config(
    "remap_yaml",                                 // registry key
    ts::filename::REMAP_YAML,                     // default filename
```

Source: *init_reverse_proxy( )* (lines 68-91), trafficserver\src\proxy\ReverseProxy.cc

95. The accused Cox CDN functionalities provide a table listing origin servers having content located thereon, such that the content is authorized for delivery to client machines via the

at least one shared repeater server, and the origin servers comprise the first origin server and the second origin server.

96. In one example, the accused Cox CDN functionalities provide an origin table associating an alias, for example an FQDN, and repeater servers (e.g., a Delivery Service).

> **Traffic Router**
>
> *Traffic Router* is used to route client requests to the closest healthy cache server by analyzing the health, capacity, and state of the cache servers according to the Health Protocol and relative geographic distance between each Cache Group and the client.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/introduction.html

> Availability of content on a particular cache server. Reusing of content through "cache hits" is the most important performance gain a CDN can offer. Traffic Router sends clients to the cache server that is most likely to already have the desired content.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/traffic_router.html#tr-overview

97. In another example, the accused Cox CDN functionalities provide a table listing origin servers having content located thereon (e.g., the table generated from mapping information in the *remap.config* file and/or the origin table in the traffic control code), wherein said content is authorized for delivery to client machines via the at least one shared repeater server, and wherein the origin servers comprise the first origin server and the second origin server. For instance, the *remap.config* file, deployed to repeater server(s) by Cox CDN using Apache Traffic Ops, maps FQDN with origin server address. The *remap.config* file can have multiple FQDN and origin server mapping. A remap table is generated from the rules set in the *remap.config* file, which

specifies the hostname the origin servers that the proxy cache server caches content from and serves to the client.

**Origins**

A table of all Origins. These are automatically created for the Origins served by Delivery Services throughout all CDNs, but additional ones can be created at will. The table has the following columns:

| | |
|---|---|
| **Name:** | The name of the Origin. If this Origin was created automatically for a Delivery Service, this will be the xml_id of that Delivery Service. |
| **Tenant:** | The name of the Tenant that owns this Origin - this is not necessarily the same as the Tenant that owns the Delivery Service to which this Origin belongs. |
| **Primary:** | Either `true` to indicate that this is the "primary" Origin for the Delivery Service to which it is assigned, or `false` otherwise. |
| **Delivery Service:** | The xml_id of the Delivery Service to which this Origin is assigned. |
| **FQDN:** | The FQDN of the Origin. |
| **IPv4 Address:** | The Origin's IPv4 address, if configured. |
| **IPv6 Address:** | The Origin's IPv6 address, if configured. |
| **Protocol:** | The protocol this Origin uses to serve content. One of |

https://traffic-control-cdn.readthedocs.io/en/latest/admin/traffic_portal/usingtrafficportal.html#origins

# remap.config

The `remap.config` file (by default, located in `/usr/local/etc/trafficserver/`) contains mapping rules that Traffic Server uses to perform the following actions:

- Map URL requests for a specific origin server to the appropriate location on Traffic Server when Traffic Server acts as a reverse proxy for that particular origin server
- Reverse-map server location headers so that when origin servers respond to a request with a location header that redirects the client to another location, the clients do not bypass Traffic Server
- Redirect HTTP requests permanently or temporarily without Traffic Server having to contact any origin servers

https://docs.trafficserver.apache.org/en/9.2.x/admin-guide/files/remap.config.en.html

```
#  For example, you can set up a reverse proxy for www.example.com with the
#  real content situated at server1.example.com with the rules:
#
#    map          http://www.example.com/       http://server1.example.com/
#    reverse_map  http://server1.example.com/   http://www.example.com/
```

https://github.com/apache/trafficserver/blob/master/configs/remap.config.default

`target`

Enter the request ("from") URL. You can enter up to four components:

```
scheme://host:port/path_prefix
```

where `scheme` is `http`, `https`, `ws` or `wss`.

`replacement`

Enter the origin ("to") URL. You can enter up to four components:

```
scheme://host:port/path_prefix
```

where `scheme` is `http`, `https`, `ws` or `wss`.

https://docs.trafficserver.apache.org/en/9.2.x/admin-guide/files/remap.config.en.html

To insert a *reverse proxy* into a typical HTTP 1.1 request and response flow, the *reverse proxy* needs to be told where the origin server can be reached (and which Origin to use for a given request when it's configured to proxy requests for multiple Origins). In ATS this is handled by adding rules to the remap.config configuration file. The content owner must inform the clients, by updating the URL, to receive the content from the cache and not from the origin server directly. For example, clients might be instructed to request content from `http://www-origin-cache.cdn.com` which points to a *reverse proxy* for the actual Origin located at `http://www.origin.com`.

Now, if the client requests `/foo/bar/fun.html` from the *reverse proxy* the sequence of events is as follows. is given the URL `http://www-origin-cache.cdn.com/foo/bar/fun.html` (note the different hostname) and when attempting to obtain that URL, the following occurs:

1. The client sends a DNS request to the LDNS to resolve the name `www-origin-cache.cdn.com` to an IP address.
2. The LDNS finds an IP address for `www-origin-cache.cdn.com` e.g. `55.44.33.22`.
3. The client sends an HTTP request for `/foo/bar/fun.html` to the IP address.

*#1580 Client Requests Content from the Reverse Proxy*

```
GET /foo/bar/fun.html HTTP/1.1
Host: www-origin-cache.cdn.com
```

4. The *reverse proxy* finds out the URL of the true Origin - in the case of ATS this is done by looking up `www-origin-cache.cdn.com` in its remap rules - and finds that it is `www.origin.com`.
5. The proxy checks its cache to see if the response for `GET /foo/bar/fun.html HTTP/1.1` from `www.origin.com` is already in the cache.

6. If the response is not in the cache:

   1. The proxy sends the request to the actual Origin

*#1581 Reverse Proxy Requests Content from the origin server*

```
GET /foo/bar/fun.html HTTP/1.1
Host: www.origin.com
```

   2. The origin server responds with the requested content

*#1582 Response from the origin server*

```
HTTP/1.1 200 OK
Date: Sun, 14 Dec 2014 23:22:44 GMT
Server: Apache/2.2.15 (Red Hat)
Last-Modified: Sun, 14 Dec 2014 23:18:51 GMT
ETag: "1aa008f-2d-50a3559482cc0"
Content-Length: 45
Connection: close
Content-Type: text/html; charset=UTF-8

<!DOCTYPE html><html><body>This is a fun file</body></html>
```

   3. The proxy sends the response on to the client, optionally adding a `Via:` header to indicate that the request was serviced by proxy.

*#1583 Resulting Response from the Reverse Proxy to the Client*

```
HTTP/1.1 200 OK
Date: Sun, 14 Dec 2014 23:22:44 GMT
Last-Modified: Sun, 14 Dec 2014 23:18:51 GMT
ETag: "1aa008f-2d-50a3559482cc0"
Content-Length: 45
Connection: close
Content-Type: text/html; charset=UTF-8
Age: 0
Via: http/1.1 cache01.cdn.kabletown.net (ApacheTrafficServer/4.2.1 [uScSsSfUpSeN:t cCSi p sS])
Server: ATS/4.2.1

<!DOCTYPE html><html><body>This is a fun file</body></html>
```

If, however, the response *was* already in the cache - and still valid according to the Cache Control Headers and Revalidation - the proxy responds to the client with the previously retrieved result.

*#1584 The Reverse Proxy Provides a Cached Response*

```
HTTP/1.1 200 OK
Date: Sun, 14 Dec 2014 23:22:44 GMT
Last-Modified: Sun, 14 Dec 2014 23:18:51 GMT
ETag: "1aa008f-2d-50a3559482cc0"
Content-Length: 45
Connection: close
Content-Type: text/html; charset=UTF-8
Age: 39711
Via: http/1.1 cache01.cdn.kabletown.net (ApacheTrafficServer/4.2.1 [uScSsSfUpSeN:t cCSi p sS])
Server: ATS/4.2.1

<!DOCTYPE html><html><body>This is a fun file</body></html>
```

https://traffic-control-cdn.readthedocs.io/en/latest/glossary.html#term-reverse-proxy

98. The accused Cox CDN functionalities provide at least one repeater server that is further constructed and adapted to analyze, using the table, an alias name received with a client

request for a particular resource to determine an origin server associated with the particular resource.

99. In one example, Apache Traffic Server may be configured to work as a reverse proxy for an origin server. In this scenario, requests for the origin server are remapped to a cache server.

**reverse proxies**

A *reverse proxy* acts on behalf of the origin server such that the client is (potentially) unaware it is not communicating directly with the Origin. All Edge-tier cache servers in a Traffic Control CDN are *reverse proxies*. To the end user a Traffic Control-based CDN appears as a *reverse proxy* since it retrieves content from the origin server, acting on behalf of that origin server. The client requests a URL that has a hostname which resolves to the *reverse proxy*'s IP address and, in compliance with the HTTP 1.1 specification (RFC 2616), the client sends a `Host:` header to the *reverse proxy* that matches the hostname in the URL. The proxy looks up this hostname in a list of mappings to find the Origin hostname; if the hostname of the `Host:` header is not found in the list, the proxy will send an error (usually either `404 Not Found` or `503 Service Unavailable` as appropriate) to the client. If the supplied hostname is found in this list of mappings, the proxy checks its cache, and when the content is not already present, connects to the Origin to which the requested `Host:` maps requests the path of the original URL, providing the Origin hostname in the `Host` header. The proxy then stores the URL in its cache and serves the contents to the client. When there are subsequent requests for the same URL, a caching proxy serves the content out of its cache - provided Cache Control Headers and Revalidation are satisfied - thereby reducing latency and network traffic.

https://traffic-control-cdn.readthedocs.io/en/latest/glossary.html#term-reverse-proxy

```
bool
response_url_remap(HTTPHdr *response_header, UrlRewrite *table)
{
  return table ? table->ReverseMap(response_header) : false;
}
```

Source: trafficserver/src/proxy/ReverseProxy.cc

```
url_mapping *
UrlRewrite::_tableLookup(std::unique_ptr<URLTable> &h_table, URL *request_url, int request_port, char *request_host,
                         int request_host_len)
{
  if (!h_table) {
    h_table.reset(new URLTable);
  }
  UrlMappingPathIndex *ht_entry  = nullptr;
  url_mapping         *um        = nullptr;
  int                  ht_result = 0;

  if (auto it = h_table->find(request_host); it != h_table->end()) {
    ht_result = 1;
    ht_entry  = it->second;
  }

  if (likely(ht_result && ht_entry)) {
    // for empty host don't do a normal search, get a mapping arbitrarily
    um = ht_entry->Search(request_url, request_port, request_host_len ? true : false);
  }
  return um;
}
```

Source: trafficserver\src\proxy\http\remap\UrlRewrite.cc

## COUNT II: INFRINGEMENT OF THE ’347 PATENT

100. Plaintiff hereby incorporates by reference each of the allegations in paragraphs 1-48, 55-58, and 78 as though fully set forth herein, and further alleges as follows.

101. Taking advantage of the technical improvements described in the ’347 Patent, the accused Cox CDN functionalities have, pursuant to 35 U.S.C. § 271, infringed and continue to infringe the claimed layered approach for configuring the accused Cox CDN functionalities to improve content delivery. Through at least its version of ATC, the accused Cox CDN functionalities perform a computer-implemented method in a content delivery network (CDN) that infringes at least claim 1 of the ’347 Patent. Cox’s infringement has caused and will continue to cause damages for which Plaintiff is entitled to compensation pursuant to 35 U.S.C. § 284.

102. As a non-limiting example, claim 1 of the ’347 Patent generally recites a computer-implemented method in a content delivery network on a device comprising hardware including memory and at least one processor. On information and belief, the accused Cox CDN functionalities offer its CDN functionalities across its CDN utilizing distributed system of servers that comprise memory and processors:[60]

103. The accused Cox CDN functionalities, implementing ATC, provide a computer-implemented method in a content delivery network (CDN), and on a device comprising hardware including memory and at least one processor.

104. The accused Cox CDN functionalities perform claim step (A) of receiving a request for a CD service of a particular service type, wherein a CD service of said particular service type

[60] https://newsroom.cox.com/Cox_launches_Edge; https://readthedocs.org/projects/traffic-control-cdn/downloads/pdf/latest/; https://www.elastic.co/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications; https://github.com/apache/trafficcontrol/blob/8fcb7f61523653d7c7c58b39b158bbd7e631ebe4/.mailmap.

defines a particular number of configurable layers of request processing associated with said CD service of said particular service type, sequentially from a particular first layer to a particular last layer.

105. In one example, the accused Cox CDN functionalities, implementing ATC, allow a traffic router or traffic server to receive a client request for a particular type of service.




https://trafficcontrol.apache.org/events/atc.autumn.summit.october.2017/TC_Summit.pptx




https://www.elastic.co/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications

*#21 Example Client Request to Traffic Router*

```
GET / HTTP/1.1
Host: video.demo1.mycdn.ciab.test
Accept: */*
```

https://traffic-control-cdn.readthedocs.io/en/latest/overview/traffic_router.html#traffic-router

What follows is a sequence of events that take place when a client requests content from an HTTP/1.1-compliant server.

1. The client sends a request to the LDNS (Local DNS) server to resolve the name `www.origin.com` to an IP address, then sends an HTTP request to that IP.

https://readthedocs.org/projects/traffic-control-cdn/downloads/pdf/latest/

Instead, Traffic Server provides special event-driven mechanisms for efficiently scheduling work: the event system and continuations. The **event system** is used to schedule work to be done on threads. A **continuation** is a passive, event-driven state machine that can do some work until it reaches a waiting point; it then sleeps until it receives notification that conditions are right for doing more work. For example, HTTP state machines (which handle HTTP transactions) are implemented as continuations.

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/introduction.en.html

106. In this example, the accused Cox CDN functionalities provide a CD service of a particular type in the form of a *DeliveryService*. *DeliveryService* define how content is delivered in Apache Traffic Control (e.g., caching behavior, content routing, bandwidth limits, protocols) and have a configurable number of layers of request processing in the form *Delivery Service Configurations*.

## Delivery Service Requests

When enabled in `traffic_portal_properties.json`, Delivery Service Requests are created when *all* users attempt to create, update or delete a Delivery Service. This allows users with higher level permissions ("operations" or "admin") to review the changes for completeness and accuracy before deploying the changes. In addition, most Delivery Service changes require configuration updates (i.e. Queue Updates) and/or a CDN Snapshot. Both of these actions are reserved for users with elevated permissions.

A list of the Delivery Service requests associated with your Tenant can be found under Services ‣ Delivery Service Requests



Delivery Service Requests

| Delivery Service | Type | Status | Author |
|---|---|---|---|
| testds010804 | create | complete | admin |
| testds010803 | create | complete | admin |
| testds010802 | update | submitted | admin |
| testds010802 | create | complete | admin |
| testtopods0108 | delete | complete | admin |
| testtopods0108 | create | complete | admin |

Fig. 39 *Example Delivery Service Request Listing*

latest

https://traffic-control-cdn.readthedocs.io/en/latest/admin/quick_howto/ds_requests.html

107. As an example, configuration at a particular layer is performed by adding a header rewrite rules, which function on the different layers of cache servers such as the edge tier of servers closest to the client or the inner layer of servers between the edge tier and the origins.

### First Header Rewrite Rules

This field in general contains the contents of the a configuration file used by the ATS Header Rewrite Plugin when serving content for this Delivery Service - on First-tier cache servers.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/delivery_services.html#first-header-rewrite-rules

### Inner Header Rewrite Rules

This field in general contains the contents of the a configuration file used by the ATS Header Rewrite Plugin when serving content for this Delivery Service - on Inner-tier cache servers.

**Tip**

Because this ultimately is the contents of an ATS configuration file, it can make use of the Strings with Special Meaning to t3c.

**Note**

This field can only be used if the Delivery Service is assigned to a Topology.

### Last Header Rewrite Rules

This field in general contains the contents of the a configuration file used by the ATS Header Rewrite Plugin when serving content for this Delivery Service - on Last-tier cache servers.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/delivery_services.html#inner-header-rewrite-rules

108. As another example, configuration is performed through the *remap configurations*, which function to help the CDN determine where content should be sourced from and where clients should request content from in the CDN hierarchy. These configurations are managed by the *Delivery Services*.

**remap.config**

This configuration file can only be affected by Parameters on a Profile assigned to a Delivery Service. Then, for every Parameter assigned to that Profile that has the Config File value "remap.config" -, a parameter will be added to the line for that Delivery Service of the form `@pparam=Value` where `Value` is the Parameter's Value. Each argument should have its own Parameter. Repeated arguments are allowed, but a warning is issued by t3c when processing configuration for cache servers that serve content for the Delivery Service with a Profile that includes duplicate arguments.

For backwards compatibility, a special case exists for the `cachekey.config` Config File for Parameters on Delivery Service Profiles that can also affect this configuration file. This is of the form: `pparam=--Name=Value` where `Name` is the Parameter's Name, and `Value` is its Value. A warning will be issued by t3c when processing configuration for cache servers that serve content for the Delivery Service with a Profile that uses a Parameter with the Config File `cachekey.config` as well as at least one with the Config File `cachekey.pparam`.

The following plugins have support for adding args with following parameter Config File values.

- `background_fetch.pparam` Note the `--config=bg_fetch.conf` argument is already added to `remap.config` by t3c.
- `cachekey.pparam`
- `cache_range_requests.pparam`
- `slice.pparam` Note the `--blocksize=val` plugin parameter is specifiable directly on Delivery Services by setting their Range Slice Request Block Size property.
- `url_sig.pparam` Note the configuration file for this plugin is already added by t3c.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/profiles_and_parameters.html#remap-config

109. In further examples, the accused Cox CDN functionalities process and handle delivery services. For instance, a delivery is assigned configurable layers detailed in a *remap.config* file, allowing administrators to map plugins to specific request parameters in a URL associated with the delivery service type and functionality. In another example, delivery services are configurable at different content layers, such as, delegating the delivery service's functionality based on different tiers of cache servers or geographical location of request events.

## Configuration of query_remap

The query remap plugin will allow the query parameter name to be specified, along with the hostnames of the servers to hash across. Sample `remap.config` rules using `query_remap` will look like:

```
map http://www.example.com/search http://srch1.example.com/search @plugin=query_remap.so @pparam=q @pparam=srch1.example.com @pparam=srch2.example.com @pparam=srcl
map http://www.example.com/profiles http://prof1.example.com/profiles @plugin=query_remap.so @pparam=user_id @pparam=prof1.example.com @pparam=prof2.example.com
```

The first `@pparam` specifies the query param key for which the value will be hashed. The remaining parameters list the hostnames of the servers. A request for `http://www.example.com/search?q=apache` will match the first rule. The plugin will look for the ``q`` parameter and hash the value ‘ `apache` ‘ to pick from among `srch_[1-3]_.example.com` to send the request.

If the request does not include a ``q`` query parameter and the plugin decides not to modify the request, the default toURL ‘ `http://srch1.example.com/search` ‘ will be used by TS.

The parameters are passed to the plugin’s `tsremap_new_instance` function. In `query_remap`, `tsremap_new_instance` creates a plugin-defined `query_remap_info` struct to store its configuration parameters.

https://docs.trafficserver.apache.org/en/10.0.x/developer-guide/plugins/example-plugins/query_remap/example-query-remap.en.html#configuration-of-query-remap

## Geo Limit Redirect URL

If Geo Limit is being used with this Delivery Service, this is optionally a URL to which clients will be redirected when Traffic Router determines that they are not in a geographic zone that permits their access to the Delivery Service content. This changes the response from Traffic Router from `503 Service Unavailable` to `302 Found` with a provided location that will be this URL. There is no restriction on the provided URL; it may even be the path to a resource served by this Delivery Service. In fact, this field need not even be a full URL, it can be a relative path. Both of these cases are handled specially by Traffic Router.

- If the provided URL is a resource served by the Delivery Service (e.g. if the client requests `http://cdn.dsXMLID.somedomain.example.com/index.html` but are denied access by Geo Limit and the Geo Limit Redirect URL is something like `http://cdn.dsXMLID.somedomain.example.com/help.php`), Traffic Router will find an appropriate Edge-tier cache server and redirect the client, ignoring Geo Limit restrictions *for this request only*.
- If the provided “URL” is actually a relative path, it will be considered *relative to the requested Delivery Service* FQDN. This means that e.g. if the client requests `http://cdn.dsXMLID.somedomain.example.com/index.html` but are denied access by Geo Limit and the Geo Limit Redirect URL is something like `/help.php`, Traffic Router will find an appropriate Edge-tier cache server and redirect the client to it as though they had requested `http://cdn.dsXMLID.somedomain.example.com/help.php`, ignoring Geo Limit restrictions *for this request only*.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/delivery_services.html#geo-limit-redirect-url

## Header Rewrite Plugin

This plugin allows you to modify arbitrary headers based on defined rules, for both requests and responses.

### Purpose

Remapping an incoming client request to an origin server is at the heart of what we use Traffic Server for, but often we need to do more to requests than just change their destination according to simple rewriting rules against the URL.

We may need to direct requests to different origins based on a client cookie.

Our origins might return error response codes which are a little too customized and we want to condense the possible values to just the official codes.

We might want to strip a set of internal-use or debugging related HTTP headers from responses before sending them to clients, unless the original request had its own special header indicating that they should be retained.

Or perhaps we want to redirect certain requests differently when they come from a known group of IP addresses (say, our developers' office network) and we have a file on our proxy caching servers called `/var/developertesting`. (Stranger QA methods exist.)

Maybe we want to deny access to a resource with an HTTP 403 if the client connected to Traffic Server over a particular port, used `HEAD` instead of `GET`, doesn't list Spanish (Paraguay dialect) in their `Accept-Language` header, and either the origin server replied with 304 or we randomly generate an integer between 0 and 500 and get back anything greater than 290.

These more complicated transformations of requests and responses (even that last one) are made possible by this plugin.

https://docs.trafficserver.apache.org/en/7.1.x/admin-guide/plugins/header_rewrite.en.html

110. In another example, the accused Cox CDN functionalities, implementing Traffic Server, provide a continuation for handling HTTP transactions.

Instead, Traffic Server provides special event-driven mechanisms for efficiently scheduling work: the event system and continuations. The **event system** is used to schedule work to be done on threads. A **continuation** is a passive, event-driven state machine that can do some work until it reaches a waiting point; it then sleeps until it receives notification that conditions are right for doing more work. For example, HTTP state machines (which handle HTTP transactions) are implemented as continuations.

> Continuation objects are used throughout Traffic Server. Some might live for the duration of the Traffic Server process, while others are created (perhaps by other continuations) for specific needs and then destroyed. Traffic Server Internals (below) shows how the major components of Traffic Server interact. Traffic Server has several **processors**, such as *cache processor* and *net processor*, that consolidate cache or network I/O tasks. Processors talk to the event system and schedule work on threads. An executing thread calls back a continuation by sending it an event. When a continuation receives an event, it wakes up, does some work, and either destroys itself or goes back to sleep & waits for the next event.

> Plugins are typically implemented as continuations. All of the sample code plugins (except `hello_world`) are continuations that are created when Traffic Server starts up; they then wait for events that trigger them into activity.

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/introduction.en.html

111. The accused Cox CDN functionalities perform claim step (B) of processing said request, starting at said particular first layer, said processing being based on a modifiable runtime environment, said processing continuing conditionally through each of said particular layers in turn until either said request is terminated by one of said layers or said particular last layer processes said request.

112. In one example, delivery services can be modified within the ATC suite and such modifications do not create a new runtime upon modification. For instance, the Cox CDN's runtime environment can be modified via installing one or more plugins associated with respective layers and conditionally continuing through each layer.




*Traffic Server with Plugins*

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/introduction.en.html




https://stlpartners.com/articles/edge-computing/cox-edge-qa-how-a-cable-company-created-an-edge-platform/

The example above shows a simple plugin that creates a continuation and then schedules it to be called immediately. When the plugin's handler function is called the first time, the event is `TS_EVENT_IMMEDIATE`. The plugin then tries to open a net connection to port 9999 on `localhost` (127.0.0.1). The IP description was left in cider notation to further clarify what is going on; also note that the above won't actually compile until the IP address is modified. The action returned from `TSNetConnect` is examined by the plugin. If the operation has not completed, then the plugin stores the action in its continuation. Otherwise, the plugin knows it has already been called back and there is no reason to store the action pointer.

https://docs.trafficserver.apache.org/developer-guide/plugins/actions/index.en.html

113. In one example, the accused Cox CDN functionalities continue processing conditionally through each of said particular layers (e.g., plugin(s) and related logic) in turn until either said request is terminated by one of said layers (e.g., plugin(s) and related logic) or said particular last layer processes said request.

A plugin may consist of just one static continuation that is called whenever certain events happen. Examples of such plugins include `denylist_1.cc`, `basic_auth.cc`, and `redirect_1.cc`. Alternatively, a plugin might dynamically create other continuations as needed. Transform plugins are built in this manner: a static parent continuation checks all transactions to see if any are transformable; when a transaction is transformable, the static continuation creates a type of continuation called a **vconnection**. The vconnection lives as long as it takes to complete the transform and then destroys itself. This design can be seen in all of the sample transform plugins. Plugins that support new protocols also have this architecture: a static continuation listens for incoming client connections and then creates transaction state machines to handle each protocol transaction.

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/introduction.en.html

**Services**

Services groups the functionality to modify Delivery Services - for those users with the necessary permissions - or make Delivery Service Requests for such changes - for users without necessary permissions. Delivery Services can also be grouped by Service Category.




Fig. 12 *The 'Services' Menu*

https://traffic-control-cdn.readthedocs.io/en/latest/admin/traffic_portal/usingtrafficportal.html#services

## Delivery Service Requests

A DSR is a request to create a new Delivery Service, delete an existing Delivery Service, or modify an existing Delivery Service. The model for a DSR is, therefore, somewhat nebulous as it depends on the model of a Delivery Service. This concept is not to be confused with deliveryservices/request.

**See also**

Delivery Service Requests for information about how to use DSRs in

**See also**

The API reference for Delivery Service-related endpoints such as deliveryservice_requests contains definitions of the Delivery Service object(s) returned and/or accepted by those endpoints.

**See also**

The `github.com/apache/trafficcontrol/lib/go-tc.DeliveryServiceRequestV30` Go structure documentation.

The model for a DSR in the most recent version of the Traffic Ops API is given in Delivery Service Request as a Typescript Interface as a Typescript interface.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/delivery_service_requests.html#delivery-service-requests

The model for a DSR in the most recent version of the Traffic Ops API is given in Delivery Service Request as a Typescript Interface as a Typescript interface.

*#7 Delivery Service Request as a Typescript Interface*

```
interface DeliveryServiceRequest {
    assignee: string | null;
    author: string;
    changeType: 'create' | 'delete' | 'update';
    createdAt: Date; // RFC3339 string - response-only field
    id?: number; // response-only field
    lastEditedBy: string; // response-only field
    lastUpdated: Date; // RFC3339 string - response-only field
    original?: DeliveryService;
    requested?: DeliveryService;
    status: 'draft' | 'pending' | 'submitted' | 'rejected' | 'complete';
}
// Specifically, every DSR will be one of the following more "concrete" types.
interface CreateDSR extends DeliveryServiceRequest {
    changeType: 'create';
    original: undefined;
    requested: DeliveryService;
}
interface DeleteDSR extends DeliveryServiceRequest {
    changeType: 'delete';
    original: DeliveryService;
    requested: undefined;
}
interface CreateDSR extends DeliveryServiceRequest {
    changeType: 'update';
    original: DeliveryService;
    requested: DeliveryService;
}
```

https://traffic-control-cdn.readthedocs.io/en/latest/overview/delivery_service_requests.html#id2

114. The accused Cox CDN functionalities provide that said runtime environment comprises a modifiable control environment and a modifiable request environment.

115. For example, the accused Cox CDN functionalities provide a modifiable control environment of the runtime environment that manages components within ATC and allows servers to be configured and assigned to respective services.

## Traffic Ops

Traffic Ops is quite possibly the single most complex and most important Traffic Control component. It has many different configuration options that affect a wide range of other components and their interactions.

https://traffic-control-cdn.readthedocs.io/en/latest/admin/traffic_ops.html

## Traffic Ops

At one point, Traffic Ops was a collection of Perl scripts, and while the current program is written in Go, many of its tools and utilities are still written in Perl.

### Introduction

Traffic Ops at its core is mainly a PostgreSQL database used to store configuration information for ATC, and a set of RESTful API endpoints for interacting with and manipulating that information. It also serves as the single point of authentication for ATC components (that is, when one hears "user" in an ATC context it nearly always means a "user" as configured in Traffic Ops) and provides interfaces to other ATC components by proxy. Additionally, there is some miscellaneous, at times obscure functionality to Traffic Ops, such as generating arbitrary Linux system images.

https://traffic-control-cdn.readthedocs.io/en/latest/development/traffic_ops.html

### Delivery Services

"Delivery Services" are a very important construct in ATC. At their most basic, they are a source of content and a set of cache servers and configuration options used to distribute that content.

Delivery Services are modeled several times over, in the Traffic Ops database, in Traffic Portal forms and tables, and several times for various Traffic Ops API versions in the new Go Traffic Ops codebase. Go-specific data structures can be found at `github.com/apache/trafficcontrol/lib/go-tc.DeliveryServiceV4`. Rather than application-specific definitions, what follows is an attempt at consolidating all of the different properties and names of properties of Delivery Service objects throughout the ATC suite. The names of these fields are typically chosen as the most human-readable and/or most commonly-used names for the fields, and when reading please note that in many cases these names will appear camelCased or snake_cased to be machine-readable. Any aliases of these fields that are not merely case transformations of the indicated, canonical names will be noted in a table of aliases.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/delivery_services.html

## Servers

Servers can be assigned to Delivery Services using the Servers and Delivery Services Traffic Portal sections, or by directly using the deliveryserviceserver endpoint. Only Edge-tier cache servers can be assigned to a Delivery Service, and once they are so assigned they will begin to serve content for the Delivery Service (after updates are queued and then applied). Any servers assigned to a Delivery Service must also belong to the same CDN as the Delivery Service itself. At least one server must be assigned to a Delivery Service in order for it to serve any content.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/delivery_services.html#type

## Manage Server Capabilities

Server capabilities are designed to enable users with the Operations or Admin Role to control the flow of Delivery Service traffic through only the cache servers (Edge or Mid) that have the required capabilities. For example, Delivery Services designed to serve large binary files should only have requests routed to cache servers with sufficient disk cache. Currently, this can be controlled at the Edge-tier where system operators can explicitly assign only Edge-tier caches with sufficient disk cache to the Delivery Service. However, operators do not have control of Mid-tier cache assignments and cannot dictate which Mid-tier caches are qualified to serve these large binary files. This will cause a problem if a Mid-tier cache with insufficient disk cache is asked to serve the Delivery Services' large binary files.

A list of the server capabilities can be found under Configure ▸ Server Capabilities. Users with a higher-level Role ("operations" or "admin") can create or delete server capabilities. Server capabilities can only be deleted if they are not currently being used by a cache server or required by a Delivery Service.

https://traffic-control-cdn.readthedocs.io/en/latest/admin/quick_howto/server_capabililty.html#manage-server-capabilities

116. In another example, the accused Cox CDN functionalities, implementing ATC, include, among other plugins, a Denylist plugin to modify performing an HTTP transaction.

*Denylist Plugin*

Traffic Server calls the Denylist plugin right after the origin server DNS lookup. The plugin checks the requested host against a list of denylisted servers; if the request is allowed, then the transaction proceeds. If the host is forbidden, then the Denylist plugin sends the transaction into an error state. When the HTTP state machine gets to the "send reply header" state, it then calls the Denylist plugin to provide the error message that's sent to the client.

The Denylist plugin's hook to the origin server DNS lookup state is a *global hook*, meaning that the plugin is called every time there's an HTTP transaction with a DNS lookup event. The plugin's hook to the send reply header state is a *transaction hook*, meaning that this hook is only invoked for specified transactions (in the Denylist Plugin example, it's only used for requests to denylisted servers). Several examples of setting up hooks are provided in Header-Based Plugin Examples and HTTP Transformations.

**Simplified HTTP Transaction**




*Simplified HTTP Transaction*

**Denylist Plugin**



https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/introduction.en.html

117. In another example, the accused Cox CDN functionalities provide a modifiable request environment that is configurable through the Delivery Service construct, such that Delivery Service configurations are based on functions of the requests which they are serving.

*Table 138 Request Query Parameters*

| Name | Required | Description |
|---|---|---|
| assignee | no | Filter for Delivery Service Requests that are assigned to the user identified by this username. |
| assigneeId | no | Filter for Delivery Service Requests that are assigned to the user identified by this integral, unique identifier |
| author | no | Filter for Delivery Service Requests submitted by the user identified by this username |
| authorId | no | Filter for Delivery Service Requests submitted by the user identified by this integral, unique identifier |
| changeType | no | Filter for Delivery Service Requests of the change type specified. Can be `create`, `update`, or `delete`. |
| createdAt | no | Filter for Delivery Service Requests created on a certain date/time. Value must be RFC 3339 compliant. Eg. `2019-09-19T19:35:38.828535Z` |
| id | no | Filter for the Delivery Service Request identified by this integral, unique identifier. |
| status | no | Filter for Delivery Service Requests whose status is the status specified. The status can be `draft`, `submitted`, `pending`, `rejected`, or `complete`. |
| xmlId | no | Filter for Delivery Service Requests that have the given xml_id. |
| orderby | no | Choose the ordering of the results - must be the name of one of the fields of the objects in the `response` array |
| sortOrder | no | Changes the order of sorting. Either ascending (default or "asc") or descending ("desc") |
| limit | no | Choose the maximum number of results to return |
| offset | no | The number of results to skip before beginning to return results. Must use in conjunction with limit |
| page | no | Return the n^th page of results, where "n" is the value of this parameter, pages are `limit` long and the first page is 1. If `offset` was defined, this query parameter has no effect. `limit` must be defined to make use of `page`. |

https://traffic-control-cdn.readthedocs.io/en/latest/api/v3/deliveryservice_requests.html#deliveryservice-requests

## Configure delivery service required server capabilities

Users with the DELIVERY-SERVICE:CREATE or DELIVERY-SERVICE:UPDATE permission can associate one or more required server capabilities with a Delivery Service by navigating to a Delivery Service via Services › Delivery Services and clicking on Required Capabilities checkbox present on Delivery Services form (HTTPS and DNS)`.

Adding a required server capability to a Delivery Service will ensure two things:

1. Only Edge-tier caches with the required capability can be assigned to the Delivery Service
2. Only Mid-tier caches with the required capability will handle requests of the Delivery Service (if applicable)

https://traffic-control-cdn.readthedocs.io/en/latest/admin/quick_howto/server_capabililty.html#configure-delivery-service-required-server-capabilities

118. The accused Cox CDN functionalities provide that said modifiable request environment being based on said request.

119. For example, the accused Cox CDN functionalities provide a "Compress Plugin," which is used to configure the modifiable request environment to respond with compressed or uncompressed content based on said request.

> **Compress Plugin** ¶
>
> This plugin adds compression and decompression options to both origin and cache responses.

> Not all clients can handle compressed content. Not all origin servers are configured to respond with compressed content when a client says it can accept it. And it's not always necessary to make two separate requests to an origin, and track two separate cache objects, for the same content - once for a compressed version and another time for an uncompressed version.
>
> This plugin tidies up these problems by transparently compressing or deflating origin responses, as necessary, so that both variants of a response are stored as alternates and the appropriate version is used for client responses, depending on the client's indication (via an `Accept` request header) of what it can support.

https://docs.trafficserver.apache.org/admin-guide/plugins/compress.en.html

120. As another example, the accused Cox CDN functionalities provide plugins which may modify the modifiable request environment based on the request. For instance, execution of the plugin may dynamically create other continuations or build other plugins as needed to process the request.

> A plugin may consist of just one static continuation that is called whenever certain events happen. Examples of such plugins include `denylist_1.cc`, `basic_auth.cc`, and `redirect_1.cc`. Alternatively, a plugin might dynamically create other continuations as needed. Transform plugins are built in this manner: a static parent continuation checks all transactions to see if any are transformable; when a transaction is transformable, the static continuation creates a type of continuation called a **vconnection**. The vconnection lives as long as it takes to complete the transform and then destroys itself. This design can be seen in all of the sample transform plugins. Plugins that support new protocols also have this architecture: a static continuation listens for incoming client connections and then creates transaction state machines to handle each protocol transaction.

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/introduction.en.html

121. In another example, the accused Cox CDN functionalities provide functionality for modifying the request environment where the request characteristics determine the means through which the request is handled such as setting geographical limits to requests and managing redirects based on its associated geographical data.

> **Geo Limit**
>
> Limits access to a Delivery Service by geographic location. The only practical difference between this and Regional Geoblocking is the configuration method; as opposed to Regional Geoblocking, GeoLimit configuration is handled by country-wide codes and the Coverage Zone File. When a client is denied access to a requested resource on an HTTP-Routed Delivery Service, they will receive a `503 Service Unavailable` instead of the usual `302 Found` response - unless Geo Limit Redirect URL is defined, in which case a `302 Found` response pointing to that URL will be returned by Traffic Router. If the Delivery Service is a DNS-Routed Delivery Service, the IP address of the *resolver* for the client DNS request is what is checked. If the IP address of this resolver is found to be in a restricted location, the Traffic Router will respond with an `NXDOMAIN` response, causing the name resolution to fail. This is nearly always an integral, unique identifier for a behavior set to be followed by Traffic Router. The defined values are:
>
> **0**
>
> Geographic access limiting is not enabled, and content served by this Delivery Service will be accessible regardless of the clients geographic location. (Aliased as "0 - None" in Traffic Portal forms)
>
> **1**
>
> A client will be allowed to request content if and only if their IP address is found by Traffic Router within the Coverage Zone File. Otherwise, access will be denied. (Aliased as "1 - CZF Only" in Traffic Portal forms)
>
> **2**
>
> A client will be allowed to request content if their IP address is found by Traffic Router within the Coverage Zone File, or if looking up the client's IP address in the Geographic IP mapping database provided by Geolocation Provider indicates the client resides in a country that is found in the Geo Limit Countries array. (Aliased as "2 - CZF + Country Code(s)" in Traffic Portal forms - formerly was known as "CZF + US" when only the US country code was supported)

https://traffic-control-cdn.readthedocs.io/en/latest/overview/delivery_services.html#geo-limit

## Geo Limit Redirect URL

If Geo Limit is being used with this Delivery Service, this is optionally a URL to which clients will be redirected when Traffic Router determines that they are not in a geographic zone that permits their access to the Delivery Service content. This changes the response from Traffic Router from `503 Service Unavailable` to `302 Found` with a provided location that will be this URL. There is no restriction on the provided URL; it may even be the path to a resource served by this Delivery Service. In fact, this field need not even be a full URL, it can be a relative path. Both of these cases are handled specially by Traffic Router.

- If the provided URL is a resource served by the Delivery Service (e.g. if the client requests `http://cdn.dsXMLID.somedomain.example.com/index.html` but are denied access by Geo Limit and the Geo Limit Redirect URL is something like `http://cdn.dsXMLID.somedomain.example.com/help.php`), Traffic Router will find an appropriate Edge-tier cache server and redirect the client, ignoring Geo Limit restrictions *for this request only*.
- If the provided "URL" is actually a relative path, it will be considered *relative to the requested Delivery Service* FQDN. This means that e.g. if the client requests `http://cdn.dsXMLID.somedomain.example.com/index.html` but are denied access by Geo Limit and the Geo Limit Redirect URL is something like `/help.php`, Traffic Router will find an appropriate Edge-tier cache server and redirect the client to it as though they had requested `http://cdn.dsXMLID.somedomain.example.com/help.php`, ignoring Geo Limit restrictions *for this request only*.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/delivery_services.html#geo-limit-redirect-url

122. The accused Cox CDN functionalities provide that said modifiable control environment comprises a modifiable global control environment, and wherein said modifiable control environment is distinct from said modifiable request environment.

123. In one example, the accused Cox CDN functionalities, implementing ATC, provide the Traffic Ops component, where said component functions as a central configuration environment for other components within the ATC system.

## Traffic Ops

Traffic Ops is quite possibly the single most complex and most important Traffic Control component. It has many different configuration options that affect a wide range of other components and their interactions.

https://traffic-control-cdn.readthedocs.io/en/latest/admin/traffic_ops.html

## Traffic Ops

At one point, Traffic Ops was a collection of Perl scripts, and while the current program is written in Go, many of its tools and utilities are still written in Perl.

### Introduction

Traffic Ops at its core is mainly a PostgreSQL database used to store configuration information for ATC, and a set of RESTful API endpoints for interacting with and manipulating that information. It also serves as the single point of authentication for ATC components (that is, when one hears "user" in an ATC context it nearly always means a "user" as configured in Traffic Ops) and provides interfaces to other ATC components by proxy. Additionally, there is some miscellaneous, at times obscure functionality to Traffic Ops, such as generating arbitrary Linux system images.

https://traffic-control-cdn.readthedocs.io/en/latest/development/traffic_ops.html

124. The accused Cox CDN functionalities provide that the first layer determines the modifiable request environment from information associated with the request initially received in (A).

125. For example, the accused Cox CDN functionalities provide hooks to determine the modifiable environment, initiate the plugin, and perform the associated functionality.

### Traffic Server HTTP State Machine

Traffic Server performs sophisticated HTTP caching and proxying. Important features include checking for alternates and document freshness, filtering, supporting cache hierarchies, and hosting. Traffic Server handles thousands of client requests at a time and each request is handled by an HTTP state machine. These machines follow a complex state diagram that includes all of the states required to support Traffic Server's features. The Traffic Server API provides hooks to a subset of these states, chosen for their relevance to plugins. You can view the API hooks and corresponding HTTP states in the HTTP Transaction State Diagram.

The example in this section (below) explains how a plugin typically intervenes and extends Traffic Server's processing of an HTTP transaction. Complete details about hooking on to Traffic Server processes are provided in Hooks and Transactions.

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/introduction.en.html#traffic-server-http-state-machine

You use hooks as triggers to start your plugin. The name of a hook reflects the Traffic Server state that was *just completed*. For example, the "OS DNS lookup" hook wakes up a plugin right *after* the origin server DNS lookup. For a plugin that requires the IP address of the requested origin server, this hook is the right one to use. The Denylist plugin works in this manner, as shown in the Denylist Plugin diagram below.

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/introduction.en.html

> **Use Case 1: Proxy only mode using HTTP cookies.**
>
> **<01-02>**. When a request from the UA is received at the CDN the value of `TokenCookie` is extracted and the access token is validated (missing cookie or access token is same as invalid).
>
> **<03>**. If the access token is valid its opaque *subject* is extracted, added to the cache key and a cache lookup is performed.
>
> **<06>**. Missing or invalid access token or a cache-miss leads to forwarding the request to the origin either for user authorization and/or for fetching the object from origin.

https://docs.trafficserver.apache.org/en/latest/admin-guide/plugins/access_control.en.html

126. In an example, the accused Cox CDN functionalities provide a first layer in a modifiable request environment from information associated with the request initially received in (A) by configuring reverse proxies (*e.g.*, *Delivery Services*) through which requests are to be mapped/handled.

> *Delivery Services* are often referred to as a reverse proxy "remap rule" that exists on Edge-tier cache servers. In most cases, a *Delivery Service* is a one-to-one mapping to an FQDN that is used as a hostname to deliver the content. Many options and settings regarding how to optimize the content delivery exist, which are configurable on a *Delivery Service* basis. Some examples of these *Delivery Service* settings are:

https://traffic-control-cdn.readthedocs.io/en/latest/glossary.html#term-Delivery-Services

> To insert a *reverse proxy* into a typical HTTP 1.1 request and response flow, the *reverse proxy* needs to be told where the origin server can be reached (and which Origin to use for a given request when it's configured to proxy requests for multiple Origins). In ATS this is handled by adding rules to the remap.config configuration file. The content owner must inform the clients, by updating the URL, to receive the content from the cache and not from the origin server directly. For example, clients might be instructed to request content from `http://www-origin-cache.cdn.com` which points to a *reverse proxy* for the actual Origin located at `http://www.origin.com` .

https://traffic-control-cdn.readthedocs.io/en/latest/glossary.html#term-reverse-proxies

## remap.config

The `remap.config` file (by default, located in `/usr/local/etc/trafficserver/`) contains mapping rules that Traffic Server uses to perform the following actions:

- Map URL requests for a specific origin server to the appropriate location on Traffic Server when Traffic Server acts as a reverse proxy for that particular origin server
- Reverse-map server location headers so that when origin servers respond to a request with a location header that redirects the client to another location, the clients do not bypass Traffic Server
- Redirect HTTP requests permanently or temporarily without Traffic Server having to contact any origin servers

Refer to Reverse Proxy and HTTP Redirects, for information about redirecting HTTP requests and using reverse proxy.

After you modify the `remap.config` run the `traffic_ctl config reload` to apply the changes. The current configuration is replaced with the new configuration only if there are no errors in the file. Any syntax error will prevent an update. Even if syntactically correct the file is considered valid only if it has at least `proxy.config.url_remap.min_rules_required` rules in it. This defaults to 0, but can be set higher if it is desirable to prevent loading an empty or missing file.

https://docs.trafficserver.apache.org/en/latest/admin-guide/files/remap.config.en.html#remap-config

127. The accused Cox CDN functionalities provide that each subsequent layer obtains the modifiable request environment from the previous layer.

128. In one example, the accused Cox CDN functionalities, implementing ATC, provide continuation for allowing a subsequent layer to obtain modifiable request environment from the previous layer.

# Continuations ¶

- Activating Continuations
- Writing Handler Functions

The continuation interface is Traffic Server's basic callback mechanism. **Continuations** are instances of the opaque data type `TSCont`. In its basic form, a continuation represents a handler function and a mutex.

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/continuations/index.en.html#developer-plugins-continuations

A continuation must be created with a mutex if your continuation does one of the following:

- is registered globally ( `TSHttpHookAdd` or `TSHttpSsnHookAdd` ) to an HTTP hook and uses `TSContDataSet/Get`
- is registered locally ( `TSHttpTxnHookAdd` ), but for multiple transactions uses `TSContDataSet/Get`
- uses `TSCacheXXX` , `TSNetXXX` , `TSHostLookup` , or `TSContScheduleOnPool` APIs

Before being activated, a caller must grab the continuation's mutex. This requirement makes it possible for a continuation's handler function to safely access its data and to prevent multiple callers from running it at the same time (see the About the Sample Protocol for usage). The data protected by the mutex is any global or continuation data associated to the continuation by `TSContDataSet` . This does not include the local data created by the continuation handler function. A typical example of continuations created with associated data structures and mutexes is the transaction state machine created in the sample Protocol plugin (see One Way to Implement a Transaction State Machine).

A reentrant call occurs when the continuation passed as an argument to the API can be called in the same stack trace as the function calling the API. For example, if you call `TSCacheRead` ( `contp, mykey` ), it is possible that `contp` 's handler will be called directly and then `TSCacheRead` returns.

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/continuations/index.en.html

**Continuations in the Protocol Plugin**

The Protocol plugin creates a static continuation that is an **"accept" state machine** - that is, a state machine whose job is to accept client connections on the appropriate port. When Traffic Server accepts a net connection from a client on that port, the accept state machine is activated. It then creates a new continuation: a transaction state machine. The accept state machine creates one transaction state machine for each transaction (where a transaction consists of a client request and Traffic Server's response). Each transaction state machine lives until the transaction completes; then it is destroyed. If the client's request for content is a cache miss, then a transaction state machine might need to open a connection to the origin server. This is illustrated in the Protocol Plugin Overview diagram below.

**Protocol Plugin Overview**




*Protocol Plugin Overview*

The first steps for writing the Protocol plugin are now clear: in `TSPluginInit`, you must create a continuation that listens for net connections on the client port specified in `plugin.config` (this continuation is the accept state machine).

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/new-protocol-plugins.en.html#one-way-to-implement-a-transaction-state-machine

129. As another example, the accused Cox CDN functionalities provide that plugins can be linked to libraries to transmit information.

This example `CMakeLists.txt` finds the tsapi package which provides the `add_atsplugin` and `verify_remap_plugin` functions. `add_atsplugin` does all of the necessary cmake commands to build a plugins module .so. The function takes the plugin target name and a list of source files that make up the project. If the plugin requires additional libraries, those can be linked with the `target_link_libraries` cmake function. If your plugin links OpenSSL (or the alternatives), put it in the beginning part of the list to avoid link issues.

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/building-plugins.en.html

130. In another example, the accused Cox CDN functionalities provide layers that are processed sequentially wherein each layer receives the modifiable request environment from the previous layer.

## Precedence

Remap rules are not processed top-down, but based on an internal priority. Once these rules are executed we pick the first match based on configuration file parse order.

1. `map_with_recv_port` and `regex_map_with_recv_port`
2. `map` and `regex_map` and `reverse_map`
3. `redirect` and `redirect_temporary`
4. `regex_redirect` and `regex_redirect_temporary`

For each precedence group the rules are checked in two phases. If the first phase fails to find a match then the second phase is performed against the same group of rules. In the first phase the rules are checked using the host name of the request. Only rules that specify a host name can match. If there is no match in that phase, then the rules are checked again with no host name and only rules without a host will match. The result is that rules with an explicit host take precedence over rules without.

https://docs.trafficserver.apache.org/en/latest/admin-guide/files/remap.config.en.html#precedence

131. The accused Cox CDN functionalities provide, in processing of said request, at least one of said layers modifies said modifiable control environment to produce a modified control environment.

132. For example, he accused Cox CDN functionalities deploy plugins or other software that can be linked to libraries to transmit information there between. Certain plugins employed by Cox's CDN, such as the remap plugin, can be chained to affect the output.

## Continuations ¶

- Activating Continuations
- Writing Handler Functions

The continuation interface is Traffic Server's basic callback mechanism. **Continuations** are instances of the opaque data type `TSCont`. In its basic form, a continuation represents a handler function and a mutex.

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/continuations/index.en.html#developer-plugins-continuations

This example `CMakeLists.txt` finds the tsapi package which provides the `add_atsplugin` and `verify_remap_plugin` functions. `add_atsplugin` does all of the necessary cmake commands to build a plugins module .so. The function takes the plugin target name and a list of source files that make up the project. If the plugin requires additional libraries, those can be linked with the `target_link_libraries` cmake function. If your plugin links OpenSSL (or the alternatives), put it in the beginning part of the list to avoid link issues.

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/building-plugins.en.html

> *Header manipulation plugins*, such as filtering, basic authorization, or redirects, usually have a global hook to the DNS lookup or the read request header states. If specific actions need to be done to the transaction further on, then the plugin adds itself to a transaction hook. *Transformation plugins* require a global hook to check all transactions for transformability followed by a *transform hook*, which is a type of transaction hook used specifically for transforms.

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/introduction.en.html

> **Transaction state machines (TSMs)** in the Protocol plugin must do the following:
>
> - Keep track of the state of the transaction
> - Handle events received (based on the state of the transaction and the event received)
> - Update the state of the transaction as it changes
>
> Below is one way you can implement TSMs. Details about how the Protocol plugin does this are provided in the next section.
>
> - Create a data structure for transactions that contains all of the state data you need to keep track of. In the Protocol plugin this is a struct, `Txn_SM`.
> - When you create the TSM's continuation, initialize data of type `Txn_SM`. Initialize the data to the initial state of a transaction (in this case, a net connection has just been accepted). Associate this data to the TSM continuation using `TSContDataSet`.
> - Write state handler functions that handle the expected events for each state.
> - Write the handler for the TSM. Its job is to receive events, examine the current state, and execute the appropriate state handler function. In the Protocol plugin, the handler is `main_handler`. `main_handler` calls the state handler functions to handle each state.

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/new-protocol-plugins.en.html#one-way-to-implement-a-transaction-state-machine

133. In another example, the accused Cox CDN functionalities deploy Delivery Services where processing of a request at least one of said layers modifies said modifiable control environment.

> ## Servers
>
> Servers can be assigned to Delivery Services using the Servers and Delivery Services Traffic Portal sections, or by directly using the deliveryserviceserver endpoint. Only Edge-tier cache servers can be assigned to a Delivery Service, and once they are so assigned they will begin to serve content for the Delivery Service (after updates are queued and then applied). Any servers assigned to a Delivery Service must also belong to the same CDN as the Delivery Service itself. At least one server must be assigned to a Delivery Service in order for it to serve any content.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/delivery_services.html#servers

134. The accused Cox CDN functionalities provide that processing of said request by a subsequent layer is based on the modified control environment, wherein, in processing of said request, at least one of said layers modifies said runtime environment.

135. In one example, the accused Cox CDN functionalities process said request at a at least one layer to modify said runtime environment. For instance, a remap plugin is reloaded during runtime to modify the runtime environment as part of processing the request.

> *Header manipulation plugins*, such as filtering, basic authorization, or redirects, usually have a global hook to the DNS lookup or the read request header states. If specific actions need to be done to the transaction further on, then the plugin adds itself to a transaction hook. *Transformation plugins* require a global hook to check all transactions for transformability followed by a *transform hook*, which is a type of transaction hook used specifically for transforms.

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/introduction.en.html

> In addition, as of Traffic Server 9.0, remap plugins can be reloaded during runtime. During a `remap.config` reload, if the plugin image file has changed, a new one is loaded and used.
>
> All of the externally invoked functions must be declared as `extern "C"` in order to be correctly located by the Traffic Server core. This is already done if include/ts/remap.h is included, otherwise it must be done explicitly.

https://docs.trafficserver.apache.org/developer-guide/plugins/remap-plugins.en.html#runtime

> **Transaction state machines** (**TSMs**) in the Protocol plugin must do the following:
>
> - Keep track of the state of the transaction
> - Handle events received (based on the state of the transaction and the event received)
> - Update the state of the transaction as it changes
>
> Below is one way you can implement TSMs. Details about how the Protocol plugin does this are provided in the next section.
>
> - Create a data structure for transactions that contains all of the state data you need to keep track of. In the Protocol plugin this is a struct, `Txn_SM`.
> - When you create the TSM's continuation, initialize data of type `Txn_SM`. Initialize the data to the initial state of a transaction (in this case, a net connection has just been accepted). Associate this data to the TSM continuation using `TSContDataSet`.
> - Write state handler functions that handle the expected events for each state.
> - Write the handler for the TSM. Its job is to receive events, examine the current state, and execute the appropriate state handler function. In the Protocol plugin, the handler is `main_handler`. `main_handler` calls the state handler functions to handle each state.

https://docs.trafficserver.apache.org/en/latest/developer-guide/plugins/new-protocol-plugins.en.html#one-way-to-implement-a-transaction-state-machine

## COUNT III: INFRINGEMENT OF THE ’876 PATENT

136. Plaintiff hereby incorporates by reference each of the allegations in paragraphs 1-48, 59-62, and 78 as though fully set forth herein, and further alleges as follows.

137. Taking advantage of the technical improvements described in the ’876 Patent, the accused Cox CDN functionalities have, pursuant to 35 U.S.C. § 271, infringed and continue to infringe the infringe the ’876 Patent. For example, upon information and belief, the accused Comcast CDN functionalities employ a version of Kafka or Apache Kafka to perform a computer-implemented method in Comcast’s CDN that infringes at least claim 1 of the ’876 Patent. Cox’s infringement has caused and will continue to cause damages for which Plaintiff is entitled to compensation pursuant to 35 U.S.C. § 284.

138. As a non-limiting example, claim 1 of the ’876 Patent claims a computer-implemented method in a CDN including multiple content delivery services and operable on at least one device with hardware including memory and at least one processor. The accused Cox CDN functionalities implement the method of claim 1 to provide content delivery services utilizing on a hardware device with at least memory and a processor. For example, the Cox CDN implements at least hardware device that includes at least one memory and at least one processor. On information and belief, Apache Kafka runs within different aspects of the Cox CDN infrastructure such as Apache Traffic Server (on edge and mid-tier caches) and Traffic Monitor.




**Architecture: Efficient way for updating a CDN Cluster using Kafka**

https://medium.com/@hafandhalf/architecture-efficient-way-for-updating-a-cdn-cluster-using-kafka-b2e7fa36a322




hhttps://www.elastic.co/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications




https://www.elastic.co/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications

## Proposal

The goal of this proposal is to bring the Traffic Control project into the Apache Software Foundation.

## Background

Initially built around Apache Traffic Server as the caching software, Traffic Control implements all functions of a modern CDN except the caching software:

- Traffic Router is a Java Tomcat application that routes clients to the closest available cache on the CDN using both HTTP and DNS. By using consistent hashing it sends requests for the same content to the same cache in a group of caches working together in a location. It takes care of routing clients around hot spots and problems in the CDN by using the information from Traffic Monitor with regards to state of all the caches.
- Traffic Monitor is a Java Tomcat application that implements the CDN health protocol. Every cache in the CDN is checked using HTTP for vital stats, and based on these stats, caches are declared healthy or unhealthy. This information is then used by Traffic Router to make its routing decisions.
- Traffic Ops is a Perl Mojolicious and jQuery UI application for management and monitoring of all servers in the CDN. All server and content routing information for the CDN is managed through Traffic Ops. It also exposes RESTful API endpoints for consumption by tools and other applications.
- Traffic Stats is a Go application that is used to acquire and store statistics about CDNs controlled by Traffic Control. Traffic Stats mines metrics from Traffic Monitor's JSON APIs and stores the data in InfluxDB, and visualizes them using Grafana.
- Traffic Analytics is a new component we are starting to build for log file analysis, based on Apache Kafka, Heka, and Elastic Search.

Traffic Control was developed by Comcast Cable and released as open source under the Apache 2.0 license in April of 2015. Traffic Control is deployed at Comcast and other cable operators.

The Traffic Control project was presented at ApacheCon NA 2016, see http://bit.ly/1UwMzmR for additional background information.

https://cwiki.apache.org/confluence/display/INCUBATOR/TrafficControlProposal

## Disks and Filesystem #

We recommend using multiple drives to get good throughput and not sharing the same drives used for Kafka data with application logs or other OS filesystem activity to ensure good latency. You can either RAID these drives together into a single volume or format and mount each drive as its own directory. Since Kafka has replication the redundancy provided by RAID can also be provided at the application level. This choice has several tradeoffs.

If you configure multiple data directories partitions will be assigned round-robin to data directories. Each partition will be entirely in one of the data directories. If data is not well balanced among partitions this can lead to load imbalance between disks.

RAID can potentially do better at balancing load between disks (although it doesn't always seem to) because it balances load at a lower level. The primary downside of RAID is that it is usually a big performance hit for write throughput and reduces the available disk space.

Another potential benefit of RAID is the ability to tolerate disk failures. However our experience has been that rebuilding the RAID array is so I/O intensive that it effectively disables the server, so this does not provide much real availability improvement.

https://kafka.apache.org/42/operations/hardware-and-os/#disks-and-filesystem

139. The accused Cox CDN functionalities provide by a collector system: receiving multiple event streams of event data.




https://www.elastic.co/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications

140. For example, on information and belief, the accused Cox CDN functionalities, implementing Apache Kafka, run a cluster of one or more servers organized as a collector system capable of receiving multiple event streams.

## Apache Kafka® is an event streaming platform. What does that mean?

Kafka combines three key capabilities so you can implement your use cases for event streaming end-to-end with a single battle-tested solution:

1. To **publish** (write) and **subscribe to** (read) streams of events, including continuous import/export of your data from other systems.
2. To **store** streams of events durably and reliably for as long as you want.
3. To **process** streams of events as they occur or retrospectively.

And all this functionality is provided in a distributed, highly scalable, elastic, fault-tolerant, and secure manner. Kafka can be deployed on bare-metal hardware, virtual machines, and containers, and on-premises as well as in the cloud. You can choose between self-managing your Kafka environments and using fully managed services offered by a variety of vendors.

**Servers**: Kafka is run as a cluster of one or more servers that can span multiple datacenters or cloud regions. Some of these servers form the storage layer, called the brokers. Other servers run Kafka Connect to continuously import and export data as event streams to integrate Kafka with your existing systems such as relational databases as well as other Kafka clusters. To let you implement mission-critical use cases, a Kafka cluster is highly scalable and fault-tolerant: if any of its servers fails, the other servers will take over their work to ensure continuous operations without any data loss.

**Clients**: They allow you to write distributed applications and microservices that read, write, and process streams of events in parallel, at scale, and in a fault-tolerant manner even in the case of network problems or machine failures. Kafka ships with some such clients included, which are augmented by dozens of clients provided by the Kafka community: clients are available for Java and Scala including the higher-level Kafka Streams library, for Go, Python, C/C++, and many other programming languages as well as REST APIs.

https://kafka.apache.org/documentation/




https://avesha.io/resources/blog/kafka-multi-cluster-deployment-on-kubernetes-simplified

141. The accused Cox CDN functionalities provide said multiple event streams comprising event data from a plurality of CD services in said CDN, said plurality of CD services including a first CD service. On information and belief, the accused Cox CDN functionalities do so by employing Kafka Apache or similar software to provide event streams associated with different content delivery services.






https://www.elastic.co/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications




https://www.elastic.co/elasticon/conf/2018/sf/log-aggregation-for-traffic-control-cdn-at-cox-communications

Technically speaking, event streaming is the practice of capturing data in real-time from event sources like databases, sensors, mobile devices, cloud services, and software applications in the form of streams of events; storing these event streams durably for later retrieval; manipulating, processing, and reacting to the event streams in real-time as well as retrospectively; and routing the event streams to different destination technologies as needed. Event streaming thus ensures a continuous flow and interpretation of data so that the right information is at the right place, at the right time.

- The Kafka Streams API to implement stream processing applications and microservices. It provides higher-level functions to process event streams, including transformations, stateful operations like aggregations and joins, windowing, processing based on event-time, and more. Input is read from one or more topics in order to generate output to one or more topics, effectively transforming the input streams to output streams.

## What can I use event streaming for?

Event streaming is applied to a wide variety of use cases across a plethora of industries and organizations. Its many examples include:

- To process payments and financial transactions in real-time, such as in stock exchanges, banks, and insurances.
- To track and monitor cars, trucks, fleets, and shipments in real-time, such as in logistics and the automotive industry.
- To continuously capture and analyze sensor data from IoT devices or other equipment, such as in factories and wind parks.
- To collect and immediately react to customer interactions and orders, such as in retail, the hotel and travel industry, and mobile applications.
- To monitor patients in hospital care and predict changes in condition to ensure timely treatment in emergencies.
- To connect, store, and make available data produced by different divisions of a company.
- To serve as the foundation for data platforms, event-driven architectures, and microservices.

https://kafka.apache.org/documentation/

## Streams Monitoring

A Kafka Streams instance contains all the producer and consumer metrics as well as additional metrics specific to Streams. The metrics have three recording levels: `info`, `debug`, and `trace`.

Note that the metrics have a 4-layer hierarchy. At the top level there are client-level metrics for each started Kafka Streams client. Each client has stream threads, with their own metrics. Each stream thread has tasks, with their own metrics. Each task has a number of processor nodes, with their own metrics. Each task also has a number of state stores and record caches, all with their own metrics.

Use the following configuration option to specify which metrics you want collected:

```
metrics.recording.level="info"
```

https://kafka.apache.org/42/operations/monitoring/

142. The accused Cox CDN functionalities provide that each event of said event streams comprise: (i) a timestamp for said event and (ii) information relating to said event. On information and belief, the accused Cox CDN functionalities include or support event streams including this information. For example, the accused Cox CDN functionalities provide event streams stored in a change log topic that provides indexes for each event with a corresponding timestamp and information relating to the event, such as a key, a value, a key-value pair, and/or optional metadata.

## Main Concepts and Terminology

An **event** records the fact that "something happened" in the world or in your business. It is also called record or message in the documentation. When you read or write data to Kafka, you do this in the form of events. Conceptually, an event has a key, value, timestamp, and optional metadata headers. Here's an example event:

- Event key: "Alice"
- Event value: "Made a payment of $200 to Bob"
- Event timestamp: "Jun. 25, 2020 at 2:06 p.m."

https://kafka.apache.org/documentation/

default.timestamp.extractor

A timestamp extractor pulls a timestamp from an instance of ConsumerRecord. Timestamps are used to control the progress of streams.

The default extractor is FailOnInvalidTimestamp. This extractor retrieves built-in timestamps that are automatically embedded into Kafka messages by the Kafka producer client since Kafka version 0.10. Depending on the setting of Kafka's server-side `log.message.timestamp.type` broker and `message.timestamp.type` topic parameters, this extractor provides you with:

- **event-time** processing semantics if `log.message.timestamp.type` is set to `CreateTime` aka "producer time" (which is the default). This represents the time when a Kafka producer sent the original message. If you use Kafka's official producer client, the timestamp represents milliseconds since the epoch.
- **ingestion-time** processing semantics if `log.message.timestamp.type` is set to `LogAppendTime` aka "broker time". This represents the time when the Kafka broker received the original message, in milliseconds since the epoch.

https://docs.confluent.io/platform/current/streams/developer-guide/config-streams.html#default-timestamp-extractor

143. The accused Cox CDN functionalities produce state data relating to and based on information represented in said event data of said multiple event streams. On information and belief, the accused Cox CDN functionalities produce this state data by, for example, implementing Apache Kafka to produce and store timestamped state data versioned as key-value pairs.

**Notable changes in 3.5.0**

- Kafka Streams has introduced a new state store type, versioned key-value stores, for storing multiple record versions per key, thereby enabling timestamped retrieval operations to return the latest record (per key) as of a specified timestamp. See KIP-889 and KIP-914 for more details. If the new store typed is used in the DSL, improved processing semantics are applied as described in KIP-914.

**Event Sourcing**

Event sourcing is a style of application design where state changes are logged as a time-ordered sequence of records. Kafka's support for very large stored log data makes it an excellent backend for an application built in this style.

https://kafka.apache.org/documentation/




https://kafka.apache.org/intro

144. The accused Cox CDN functionalities provide that, while said collector system is producing said state data, said collector system asynchronously responds to at least one query relating to said state data. On information and belief, the accused Cox CDN functionalities asynchronously respond to at least one query by, for example, implementing Apache Kafka and responding to a query by allowing workers in a cluster to consume a topic asynchronously while simultaneously producing state data.

Connectors and their tasks publish status updates to a shared topic (configured with `status.storage.topic`) which all workers in the cluster monitor. Because the workers consume this topic asynchronously, there is typically a (short) delay before a state change is visible through the status API. The following states are possible for a connector or one of its tasks:

- **UNASSIGNED:** The connector/task has not yet been assigned to a worker.
- **RUNNING:** The connector/task is running.
- **PAUSED:** The connector/task has been administratively paused.
- **STOPPED:** The connector has been stopped. Note that this state is not applicable to tasks because the tasks for a stopped connector are shut down and won't be visible in the status API.
- **FAILED:** The connector/task has failed (usually by raising an exception, which is reported in the status output).
- **RESTARTING:** The connector/task is either actively restarting or is expected to restart soon

Not all use cases require such strong guarantees. For uses which are latency sensitive we allow the producer to specify the durability level it desires. If the producer specifies that it wants to wait on the message being committed this can take on the order of 10 ms. However the producer can also specify that it wants to perform the send completely asynchronously or that it wants to wait only until the leader (but not necessarily the followers) have the message.

`SinkConnectors` usually only have to handle the addition of streams, which may translate to new entries in their outputs (e.g., a new database table). The framework manages any changes to the Kafka input, such as when the set of input topics changes because of a regex subscription. `SinkTasks` should expect new input streams, which may require creating new resources in the downstream system, such as a new table in a database. The trickiest situation to handle in these cases may be conflicts between multiple `SinkTasks` seeing a new input stream for the first time and simultaneously trying to create the new resource. `SinkConnectors` , on the other hand, will generally require no special code for handling a dynamic set of streams.

https://kafka.apache.org/documentation/

145. The accused Cox CDN functionalities provide that, in response to a query from said first CD service, said query relating to said state data, providing at least some of said state data to said first CD service. On information and belief, the accused Cox CDN functionalities provide at least some of the state data to the first content delivery service by, for example, implementing Apache Kafka to provide a response to a Web Service call that relates to state data the first CD service.

You can see the current state of OS memory usage by doing

```
$ cat /proc/meminfo
```

The meaning of these values are described in the link above.

## 8.4 Administration

Kafka Connect's REST layer provides a set of APIs to enable administration of the cluster. This includes APIs to view the configuration of connectors and the status of their tasks, as well as to alter their current behavior (e.g. changing configuration and restarting tasks).

https://kafka.apache.org/documentation/

146. The accused Cox CDN functionalities provide that said state data are used to inform a peering policy of a set of peer caches. On information and belief, the accused Cox CDN functionalities uses state data to inform a peering policy of a set of peer catches by, for example, employing Apache Kafka to define a topology whereby an application is broken up into two independently deployed applications causing two hardware components to be separated across the respective application boundaries based on state data informing a peering policy. In this example, the topic shared between these two independently deployed application includes state data that is used to inform a peering policy of the peer caches.

147. As another example, Cox CDN, employing Apache Kafka, creates a configurable policy (*e.g.*, Pdflush) for maintaining data on a page cache. This policy for maintaining data on one or more page caches can be configured based on state data.

> Kafka always immediately writes all data to the filesystem and supports the ability to configure the flush policy that controls when data is forced out of the OS cache and onto disk using the flush. This flush policy can be controlled to force data to disk after a period of time or after a certain number of messages has been written. There are several choices in this configuration.

> In Linux, data written to the filesystem is maintained in pagecache until it must be written out to disk (due to an application-level fsync or the OS's own flush policy). The flushing of data is done by a set of background threads called pdflush (or in post 2.6.32 kernels "flusher threads").
>
> Pdflush has a configurable policy that controls how much dirty data can be maintained in cache and for how long before it must be written back to disk. This policy is described here. When Pdflush cannot keep up with the rate of data being written it will eventually cause the writing process to block incurring latency in the writes to slow down the accumulation of data.

https://kafka.apache.org/documentation/

148. In another example, the accused Cox CDN functionalities run a peering policy that includes geo-replication across a set of peer caches to improve load balancing.

**Starting Geo-Replication**

You can run as few or as many MirrorMaker processes (think: nodes, servers) as needed. Because MirrorMaker is based on Kafka Connect, MirrorMaker processes that are configured to replicate the same Kafka clusters run in a distributed setup: They will find each other, share configuration (see section below), load balance their work, and so on. If, for example, you want to increase the throughput of replication flows, one option is to run additional MirrorMaker processes in parallel.

To start a MirrorMaker process, run the command:

```
$ bin/connect-mirror-maker.sh connect-mirror-maker.properties
```

https://kafka.apache.org/documentation/

**COUNT IV: INFRINGEMENT OF THE ’481 PATENT**

149. Plaintiff hereby incorporates by reference each of the allegations in paragraphs 1-48, 63-67, and 78 as though fully set forth herein, and further alleges as follows.

150. Taking advantage of the technical improvements described in the ’481 Patent, the accused Cox CDN functionalities have, pursuant to 35 U.S.C. § 271, infringed and continue to infringe the claimed approach to improve content delivery. The accused Cox CDN functionalities perform a method for receiving requests that infringes at least claim 1 of the ’481 Patent. Cox’s infringement has caused and will continue to cause damages for which Plaintiff is entitled to compensation pursuant to 35 U.S.C. § 284.

151. As a non-limiting example, claim 1 of the ’481 Patent generally recites a computer-implemented method for receiving requests for content, using a content delivery network.

152. The accused Cox CDN functionalities provide a method for receiving requests for content of a customer of an aggregator of services.

> "Cox has been involved with this project since 2014 and has over 4 years of experience with running it in a large national network. Apache Traffic Control is the first CDN platform in the Open Source domain and really brings something that was missing in the market," said Steve Malenfant, Principal Engineer at Cox. "We love the flexibility of the system and the ease to scale up as well as being able to collaborate with peers that have similar challenges."

https://news.apache.org/foundation/entry/the-apache-software-foundation-announces36#:~:text=%22Cox%20has%20been,have%20similar%20challenges.%22

153. The accused Cox CDN functionalities provide receiving a content request for content at a virtual IP address of the content delivery network.

154. As one example, implementing Apache Traffic Control, Cox provides a method for receiving a content request for content of a customer of an aggregator of services of a content delivery network (CDN), the content request received at a virtual IP address of the content delivery network.

155. For instance, the accused Cox CDN functionalities, implementing Apache Traffic Control, receive a request for content on servers managed by Apache Traffic Control. In a first example, the content can be requested at a URL such as " http://video.demo1.mycdn.ciab.test" in a DNS Delivery Service. Continuing this example, this hostname is resolved with Traffic Router directing the client to an IP address of an eligible cache server. In a second example, a HTTP Delivery Service is used. Using the HTTP Delivery Service, Traffic Router initially provides its own IP address to the client. In both examples, the client's subsequent HTTP request for the content is received at this IP address (either the cache server's IP or Traffic Router's IP), which serves as a virtual IP address of the content delivery network.

> Apache Traffic Control allows you to build a large scale content delivery network using open source. Built around Apache Traffic Server as the caching software, Traffic Control implements all the core functions of a modern CDN.

> With Apache Traffic Control, operators can set up a Content Delivery Network to quickly and efficiently deliver content to their users. Traffic Control is a highly distributed, scalable and redundant solution meeting the needs of operators from small to large.

https://trafficcontrol.apache.org/

> *Traffic Router* is used to route client requests to the closest healthy cache server by analyzing the health, capacity, and state of the cache servers according to the Health Protocol and relative geographic distance between each Cache Group and the client.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/introduction.html

> For a DNS Delivery Service the client might receive a URL such as `http://video.demo1.mycdn.ciab.test/`. When the LDNS is resolving this `video.demo1.mycdn.ciab.test` hostname to an IP address, it ends at Traffic Router because it is the authoritative DNS server for `mycdn.ciab.test` and the domains below it, and subsequently responds with a list of IP addresses from the eligible cache servers based on the location of the LDNS. When responding, Traffic Router does not know the actual client IP address or the path that the client is going to request. The decision on what cache server IP address (or list of cache server IP addresses) to return is solely based on the location of the LDNS and the health of the cache servers. The client then connects to port 80 (HTTP) or port 443 (HTTPS) on the cache server, and sends the `Host: video.demo1.mycdn.ciab.test` header. The configuration of the cache server includes the "remap rule" `http://video.demo1.mycdn.ciab.test http://origin.infra.ciab.test` to map the routed name to an Origin hostname.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/traffic_router.html#dns-content-routing

> For an HTTP Delivery Service the client might receive a URL such as `http://video.demo1.mycdn.ciab.test/`. The LDNS resolves this `video.demo1.mycdn.ciab.test` to an IP address, but in this case Traffic Router returns its own IP address. The client opens a connection to port 80 (HTTP) or port 443 (HTTPS) on the Traffic Router's IP address, and sends its request.

In this case Traffic Router has access to more information when selecting a cache server because it has a full HTTP request instead of just a hostname. Traffic Router can be configured to select a cache server based on any of the following parts of the HTTP request:

- The client's IP address.
- The URL the client is requesting.
- All HTTP/1.1 headers.

The client follows the redirect and performs a DNS request for the IP address for `edge.demo1.mycdn.ciab.test`, and normal HTTP steps follow, except the sending of the Host: header when connected to the cache is `Host: edge.demo1.mycdn.ciab.test`, and the configuration of the cache server includes the "remap rule" (e.g. `http://edge.demo1.mycdn.ciab.test http://origin.infra.ciab.test`). Traffic Router sends all requests for the same path in a Delivery Service to the same cache server in a Cache Group using consistent hashing, in this case all cache servers in a Cache Group are not carrying the same content, and there is a much larger combined cache in the Cache Group. In many cases DNS content routing is the best possible option, especially in cases where the client is receiving small objects from the CDN like images and web pages. Traffic Router is redundant and horizontally scalable by adding more instances into the DNS hierarchy using NS records.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/traffic_router.html#http-content-routing

Traffic Server contains two processes that work together to serve requests and manage, control, and monitor the health of the system.

1. The **traffic_server** process is the transaction processing engine of Traffic Server. It is responsible for accepting connections, processing protocol requests, and serving documents from the cache or origin server.
2. The **traffic_manager** process is the command and control facility of the Traffic Server, responsible for launching, monitoring, and reconfiguring the **traffic_server** process. The **traffic_manager** process is also responsible for the proxy autoconfiguration port, the statistics interface, and virtual IP failover.

> If the **traffic_manager** process detects a **traffic_server** process failure, it instantly restarts the process but also maintains a connection queue of all incoming requests. All incoming connections that arrive in the several seconds before full server restart are saved in the connection queue and processed in first-come, first-served order. This connection queueing shields users from any server restart downtime.

https://docs.trafficserver.apache.org/admin-guide/introduction.en.html#ts-processes

156. The accused Cox CDN functionalities provide processing the content request based on a property template associated with the virtual IP address, the property template specific to the virtual IP address and the property template comprising at least one of a delivery region, a cache control setting, a query string setting, or a geo-blocking parameter

157. Implementing Apache Traffic Control, Comcast provides a method for processing a content request based on a property template associated with the virtual IP address, the property template specific to the virtual IP address with the property template comprising at least one of a delivery region, a cache control setting, a query string setting, or a geo-blocking parameter.

158. For example, the accused Cox CDN functionalities, implementing Apache Traffic Control, process the content request using configurations (e.g., property template) associated with the Delivery Service that handles the request for a specific virtual IP address. Examples of such configurations are the cache group (*e.g.*, a group of servers within a geographical region), geo-blocking procedures, query string settings (e.g., "0 - use ‘qstring’ in cache key," "1 - ignore in cache key," or "2 - drop at edge"), and cache control settings (e.g., the “cache.config” file).

For a DNS Delivery Service the client might receive a URL such as `http://video.demo1.mycdn.ciab.test/`. When the LDNS is resolving this `video.demo1.mycdn.ciab.test` hostname to an IP address, it ends at Traffic Router because it is the authoritative DNS server for `mycdn.ciab.test` and the domains below it, and subsequently responds with a list of IP addresses from the eligible cache servers based on the location of the LDNS. When responding, Traffic Router does not know the actual client IP address or the path that the client is going to request. The decision on what cache server IP address (or list of cache server IP addresses) to return is solely based on the location of the LDNS and the health of the cache servers. The client then connects to port 80 (HTTP) or port 443 (HTTPS) on the cache server, and sends the `Host: video.demo1.mycdn.ciab.test` header. The configuration of the cache server includes the "remap rule" `http://video.demo1.mycdn.ciab.test http://origin.infra.ciab.test` to map the routed name to an Origin hostname.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/traffic_router.html#dns-content-routing

A *Cache Group* is - ostensibly - exactly what it sounds like it is: a group of cache servers. More specifically, every server in a Traffic Control CDN must be in a Cache Group (even if they are not actually cache servers). Typically a Cache Group is representative of the available cache servers within a specific geographical location. Despite that cache servers have their own Physical Locations, when cache servers are chosen to serve content to a client based on geographic location the geographic location actually used for comparisons is that for the Cache Group that contains it, not the geographic location of the cache server itself.

Consider the example CDN in Fig. 1. Here some country/province/region has been divided into quarters: Northeast, Southeast, Northwest, and Southwest. The arrows in the diagram indicate the flow of requests. If a client in the Northwest, for example, were to make a request to the Delivery Service, it would first be directed to some cache server in the "Northwest" Edge-tier *Cache Group*. Should the requested content not be in cache, the Edge-tier server will select a parent from the "West" *Cache Group* and pass the request up, caching the result for future use. All Mid-tier *Cache Groups* (usually) answer to a single Origin that provides canonical content. If requested content is not in the Mid-tier cache, then the request will be passed up to the Origin and the result cached.

https://traffic-control-cdn.readthedocs.io/en/v1.1.5-retractions/overview/cache_groups.html

## Query String Handling

Describes how query strings should be handled by the Edge-tier cache servers when serving content for this Delivery Service. This is nearly always expressed as an integral, unique identifier for each behavior, though in Traffic Portal a more descriptive value is typically used, or at least provided in addition to the integral, unique identifier. The allowed values and their meanings are:

**0**

For the purposes of caching, Edge-tier cache servers will consider URLs unique if and only if they are unique up to and including any and all query parameters. They will also pass the query parameters in their own requests to Mid-tier cache servers (which in turn will exhibit the same caching behavior and pass the query parameters in requests to the Origin). (Aliased as "USE" in Traffic Portal tables, and "0 - use qstring in cache key, and pass up" in Traffic Portal forms)

**1**

For the purposes of caching, neither Edge-tier nor Mid-tier cache servers will consider the query parameter string when determining if a URL is stored in cache. However, the query string will still be passed in upstream requests to Mid-tier cache servers and in turn the Origin. (Aliased as “IGNORE” in Traffic Portal tables and “1 - ignore in cache key, and pass up” in Traffic Portal forms)

**2**

The query parameter string will be stripped from URLs immediately when the request is received by an Edge-tier cache server. This means it is never considered for the purposes of caching unique URLs and will not be passed in upstream requests. (Aliased as “DROP” in Traffic Portal tables and “2 - drop at edge” in Traffic Portal forms)

https://traffic-control-cdn.readthedocs.io/en/latest/overview/delivery_services.html#query-string-handling

## Regional Geoblocking

A boolean value that defines whether or not Regional Geoblocking is active on this Delivery Service. The actual configuration of Regional Geoblocking is done in the Profile used by the Traffic Router serving the Delivery Service. Rules for this Delivery Service may exist, but they will not actually be used unless this field is `true`.

https://traffic-control-cdn.readthedocs.io/en/latest/overview/delivery_services.html#regional-geoblocking

The `cache.config` file allows you to overrule the origin’s cache policies. You can add caching rules to specify the following:

- Not to cache objects from specific IP addresses.
- How long to pin particular objects in the cache.
- How long to consider cached objects as fresh.
- Whether to ignore no-cache directives from the server.

https://docs.trafficserver.apache.org/admin-guide/files/cache.config.en.html#cache-config

**COUNT V: INFRINGEMENT OF THE ’229 PATENT**

159. Plaintiff hereby incorporates by reference each of the allegations in paragraphs 1-48, 68-72, and 78 as though fully set forth herein, and further alleges as follows.

160. Taking advantage of the technical improvements described in the ’229 Patent, the accused Cox CDN functionalities have, pursuant to 35 U.S.C. § 271, infringed and continue to infringe the claimed approach relating to cached content, in order to improve a content delivery network (CDN). The accused Cox CDN functionalities perform a method with respect to a node in a CDN that infringes at least claim 1 of the ’229 Patent. Cox CDN functionalities’ infringement has caused and will continue to cause damages for which Plaintiff is entitled to compensation pursuant to 35 U.S.C. § 284.

161. As a non-limiting example, claim 1 of the ’229 Patent generally recites a computer-implemented method, operable with a content delivery network (CDN), the method comprising, by a node in the CDN.

162. The accused Cox CDN functionalities provide a computer-implemented method, operable with a content delivery network (CDN), by a node in a CDN.

163. The accused Cox CDN functionalities provide a method operable with a CDN. For example, Cox provides a method including a node in the CDN, such as a “caching server” or “Traffic Server.”

Internet users direct their requests to web servers all over the Internet. A caching server must act as a *web proxy server* so it can serve those requests. After a web proxy server receives requests for web objects, it either serves the requests or forwards them to the *origin server* (the web

1. Traffic Server receives a client request for a web object.
2. Using the object address, Traffic Server tries to locate the requested object in its object database (*cache*).

https://docs.trafficserver.apache.org/en/8.1.x/admin-guide/configuration/cache-basics.en.html

164. In an example, the accused Cox CDN functionalities provide Apache Traffic Control as a content delivery network control plane, which, in implementations, manages and directs resources to components related to the management of a content delivery network in one centralized manner. The following image details at a high level, the connections between the constituent systems within the Apache Traffic Control plane and their collective interaction with CDN nodes.




https://traffic-control-cdn.readthedocs.io/en/latest/overview/introduction.html

165. The accused Cox CDN functionalities provide, in response to a request for content, determining if the content is cached locally.

166. The accused Cox CDN functionalities provide a method including, in response to a request for content, determining if that content is locally cached. For example, a Traffic Server determines if content is cached locally in response to a request for that content (e.g., "Traffic Server tries to locate the requested object in its object database (cache).").

1. Traffic Server receives a client request for a web object.
2. Using the object address, Traffic Server tries to locate the requested object in its object database (*cache*).

https://docs.trafficserver.apache.org/en/8.1.x/admin-guide/configuration/cache-basics.en.html

167. In an example, the accused Cox CDN functionalities provide Apache Traffic Control which encompasses an instance of Apache Traffic Server, a *"high-performance web proxy cache that improves network efficiency and performance by caching frequently-accessed information at the edge of the network."* https://docs.trafficserver.apache.org/en/latest/preface/index.en.html#what-is-apache-traffic-server (emphasis added).

168. The accused Cox CDN functionalities include Apache Traffic Server as a forward and reverse proxying software, where both processes cache resources locally and process incoming requests in order to determine if content is cached locally.[61]

## HTTP Reverse Proxy

In reverse proxy mode, Traffic Server serves HTTP requests on behalf of a web server. The figure below illustrates how Traffic Server in reverse proxy mode serves an HTTP request from a client browser.




[61] https://docs.trafficserver.apache.org/en/latest/getting-started/index.en.html#terminology

The figure above demonstrates the following steps:

1. A client browser sends an HTTP request addressed to a host called `www.host.com` on port 80. Traffic Server receives the request because it is acting as the origin server (the origin server's advertised hostname resolves to Traffic Server).
2. Traffic Server locates a map rule in the `remap.config` file and remaps the request to the specified origin server ( `realhost.com` ).
3. If the request cannot be served from cache, Traffic Server opens a connection to the origin server (or more likely, uses an existing connection it has pre-established), retrieves the content, and optionally caches it for future use.
4. If the request was a cache hit and the content is still fresh in the cache, or the content is now available through Traffic Server because of step 3, Traffic Server sends the requested object to the client from the cache directly.

https://docs.trafficserver.apache.org/en/latest/admin-guide/configuration/redirecting-http-requests.en.html#http-reverse-proxy

169. In an example, the accused Cox CDN functionalities implementing Apache Traffic Server use a "cache lookup" process to determine if requested content is available within a cache server.

## Cache Lookup

If the initial request is not determined to be cache invalid then a lookup is done. Cache lookup determines if an object is in the cache and if so, where it is located. In some cases the lookup proceeds to read the first `Doc` from disk to verify the object is still present in the cache.

The basic steps to a cache lookup are:

1. The cache key is computed.

   This is normally computed using the request URL but it can be overridden by a plugin . The cache index string is not stored, as it is presumed computable from the client request headers.

2. The cache stripe is determined (based on the cache key).

   The cache key is used as a hash key in to an array of `StripeSM` instances by `Cache::key_to_stripe()` . The construction and arrangement of this array is the essence of how volumes are assigned.

3. The cache stripe directory is probed using the index key computed from the cache key.

   Various other lookaside directories are checked as well, such as the aggregation buffer.

4. If the directory entry is found the first `Doc` is read from disk and checked for validity.

   This is done in `CacheVC::openReadStartHead()` or `CacheVC::openReadStartEarliest()` which are tightly coupled methods.

If the lookup succeeds, then a more detailed directory entry (struct `OpenDir`) is created. Note that the directory probe includes a check for an already extant `OpenDir` which, if found, is returned without additional work.

https://docs.trafficserver.apache.org/en/latest/developer-guide/cache-architecture/architecture.en.html#cache-lookup

170. The accused Cox CDN functionalities include, when it is determined that said content is cached locally, determining a current cache policy associated with the content.

171. The accused Cox CDN functionalities provide a method including determining a current cache policy associated with content, when it is determined the content is cached locally. For example, Traffic Server determines a current cache policy associated with content by determining a cache policy using a "Cache-Control" header and a "cache.config" file.

172. As one example, a "max-age" header sent by a server is one example of a "Cache-Control" header and parts of a current cache policy associated with content.

Traffic Server bases the servability of a cached object on `Cache-Control` headers that appear in both client requests and server responses. The following `Cache-Control` headers affect whether objects are served from cache:

- The `max-age` header, sent by servers, is compared to the object age. If the age is less than `max-age`, then the object is fresh and can be served from the Traffic Server cache.

https://docs.trafficserver.apache.org/en/8.1.x/admin-guide/configuration/cache-basics.en.html

173. Additionally, a "cache.config" file is part of a current cache policy associated with content and may, for example, "overrule the origin's cache policies" (for example a "max-age" header sent by an origin server, as shown above).

> **cache.config**
>
> The `cache.config` file allows you to overrule the origin's cache policies. You can add caching rules to specify the following:
>
> - Not to cache objects from specific IP addresses.
> - How long to pin particular objects in the cache.
> - How long to consider cached objects as fresh.
> - Whether to ignore no-cache directives from the server.

https://docs.trafficserver.apache.org/admin-guide/files/cache.config.en.html

174. The accused Cox CDN functionalities, upon determination of the contents availability in a cache server via a "cache lookup," attempts a "cache read" where the content is loaded and handled based on the caching policy denoted in either the policy set in the HTTP headers or the cache.config file.

> **Cache Read**
>
> Cache read starts after a successful cache lookup. At this point the first `Doc` has been loaded in to memory and can be consulted for additional information. This will always contain the HTTP headers for all alternates of the object.

At this point an alternate for the object is selected. This is done by comparing the client request to the stored response headers, but it can be controlled by a plugin using `TS_HTTP_ALT_SELECT_HOOK`.

The content can now be checked to see if it is stale by calculating the *freshness* of the object. This is essentially checking how old the object is by looking at the headers and possibly other metadata (note that the headers can't be checked until we've selected an alternate).

Most of this work is done in `HttpTransact::what_is_document_freshness`.

First, the TTL (time to live) value, which can be set in `cache.config`, is checked if the request matches the configuration file line. This is done based on when the object was placed in the cache, not on any data in the headers.

Next, an internal flag ( `needs-revalidate-once` ) is checked if the `cache.config` value `revalidate-after` is not set, and if set the object is marked *stale*.

After these checks the object age is calculated by `HttpTransactHeaders::calculate_document_age` . and then any configured fuzzing is applied. The limits to this age based on available data is calculated by `HttpTransact::calculate_document_freshness_limit` .

How this age is used is determined by the `records.yaml` setting for `proxy.config.http.cache.when_to_revalidate` . If this is `0` then the built calculations are used which compare the freshness limits with document age, modified by any of the client supplied cache control values ( `max-age` , `min-fresh` , `max-stale` ) unless explicitly overridden in `cache.config` .

If the object is not stale then it is served to the client. If it is stale, the client request may be changed to an `If Modified Since` request to revalidate.

The request is served using a standard virtual connection tunnel ( `HttpTunnel` ) with the `CacheVC` acting as the producer and the client `NetVC` acting as the sink. If the request is a range request this can be modified with a transform to select the appropriate parts of the object or, if the request contains a single range, it can use the range acceleration.

https://docs.trafficserver.apache.org/en/latest/developer-guide/cache-architecture/architecture.en.html#cache-read

175. The accused Cox CDN functionalities determine, based on said current cache policy associated with the content, whether it is acceptable to serve the content that is cached locally.

176. The accused Cox CDN functionalities provide a method including determining whether it is acceptable to serve the content that is cached locally based on the current cache policy. For instance, the accused Cox CDN functionalities include Traffic Server determining whether it is acceptable to serve locally-cached content based on the "Cache-Control" header and the "cache.config" file, as shown above.

3. If the object is in the cache, then Traffic Server checks to see if the object is fresh enough to serve. If it is fresh, then Traffic Server serves it to the client as a *cache hit* (see the figure below).




*A cache hit*

https://docs.trafficserver.apache.org/en/8.1.x/admin-guide/configuration/cache-basics.en.html

177. The accused Cox CDN functionalities, including Traffic Server, determine if content which is available in a cache server is acceptable to serve during the "cache read" process. An example of such a determination is if content is "stale" and suitable to be served to a client.

After these checks the object age is calculated by `HttpTransactHeaders::calculate_document_age`. and then any configured fuzzing is applied. The limits to this age based on available data is calculated by `HttpTransact::calculate_document_freshness_limit`.

How this age is used is determined by the `records.yaml` setting for `proxy.config.http.cache.when_to_revalidate`. If this is `0` then the built calculations are used which compare the freshness limits with document age, modified by any of the client supplied cache control values (`max-age`, `min-fresh`, `max-stale`) unless explicitly overridden in `cache.config`.

If the object is not stale then it is served to the client. If it is stale, the client request may be changed to an `If Modified Since` request to revalidate.

https://docs.trafficserver.apache.org/en/latest/developer-guide/cache-architecture/architecture.en.html#cache-read

> **stale**
>
> The state of a cache object which is not yet expired, but has reached an algorithmically determined age at which the origin server will be contacted to revalidate the freshness of the object. Contrast with fresh.

https://docs.trafficserver.apache.org/en/latest/appendices/glossary.en.html#term-stale

178. The accused Cox CDN functionalities include, based on determining when it is not acceptable to serve the content that is cached locally, obtaining a new version of the content and then serving the new version of the content.

179. The accused Cox CDN functionalities provide a method including, based on the determining above, when it is not acceptable to serve the content cached locally, obtaining and serving a new version of the content. For example, the accused Cox CDN functionalities includes Traffic Server, which "obtains the object from the origin server," as shown below.

> 4. If the data in the cache is stale, then Traffic Server connects to the origin server and checks if the object is still fresh (a revalidation). If it is, then Traffic Server immediately sends the cached copy to the client.
> 5. If the object is not in the cache (a *cache miss*) or if the server indicates the cached copy is no longer valid, then Traffic Server obtains the object from the origin server. The object is then simultaneously streamed to the client and the Traffic Server local

https://docs.trafficserver.apache.org/en/8.1.x/admin-guide/configuration/cache-basics.en.html

180. For instance, the accused Cox CDN functionalities "revalidates" content determined not acceptable to serve in the "cache read" process. Revalidation requires that content pass a validation process such as "If-modified-since", which is an IETF standard pre-condition for cache requests. https://www.rfc-editor.org/rfc/rfc9110.html#name-if-modified-since

> **revalidation**
>
> Verifying that a currently cached object is still valid. This is usually done using an If-Modified-Since request which allows the origin server to validate the content without resending the content.

https://docs.trafficserver.apache.org/en/latest/appendices/glossary.en.html#term-revalidation

181. The accused Cox CDN functionalities provides, when it is acceptable to serve the content that is cached locally, serving the content that is cached locally.

182. The accused Cox CDN functionalities provide a method including serving the content that is cached locally, when it is acceptable to serve the content that is cached locally. For example, if an "object is fresh enough to serve," Cox CDN functionalities serve it to the client," as shown below.

3. If the object is in the cache, then Traffic Server checks to see if the object is fresh enough to serve. If it is fresh, then Traffic Server serves it to the client as a *cache hit* (see the figure below).




*A cache hit*

https://docs.trafficserver.apache.org/en/8.1.x/admin-guide/configuration/cache-basics.en.html

183. The accused Cox CDN functionalities provides the current cache policy includes an internal caching policy honored by the node when caching content and a separate and distinct internal caching policy honored when the content is served.

184. The accused Cox CDN functionalities provide a method where the current cache policy includes an internal caching policy honored by the node when caching content and a separate and distinct internal caching policy honored when the content is served. For example,

Cache-Control headers and cache.config policies are honored when content is cached from an origin server, Cache-Control headers can also be passed from the client and invoke policies which are exclusive to the request service.

> - The `max-age` header, sent by servers, is compared to the object age. If the age is less than `max-age`, then the object is fresh and can be served from the Traffic Server cache.

https://docs.trafficserver.apache.org/en/8.1.x/admin-guide/configuration/cache-basics.en.html

> # cache.config
>
> The `cache.config` file allows you to overrule the origin's cache policies. You can add caching rules to specify the following:
>
> - Not to cache objects from specific IP addresses.
> - How long to pin particular objects in the cache.
> - How long to consider cached objects as fresh.
> - Whether to ignore no-cache directives from the server.

https://docs.trafficserver.apache.org/admin-guide/files/cache.config.en.html

> - Override cache directives for a requested domain name, regex on a url, hostname or ip, with extra filters for time, port, method of the request, and more. ATS can be configured to never cache, always cache, ignore no-cache directives, etc. These are configured in `cache.config`.

https://docs.trafficserver.apache.org/admin-guide/storage/index.en.html

185. In an example, the accused Cox CDN functionalities include an Apache Traffic Server subject to rules based on configurations related to origin servers from which it receives and caches content, such as the Cache-Control headers or cache.config files, an example being the max-age policy. Additionally, the Apache Traffic Server is subject to other policies, such as policies set by the client requests, for example policies associated with serving content, such as the min-fresh and no-cache policies.

### Cache-Control Headers

Even though an object might be fresh in the cache, clients or servers often impose their own constraints that preclude retrieval of the object from the cache. For example, a client might request that a object not be retrieved from a cache, or if it does allow cache retrieval, then it cannot have been cached for more than 10 minutes.

Traffic Server bases the servability of a cached object on `Cache-Control` headers that appear in both client requests and server responses. The following `Cache-Control` headers affect whether objects are served from cache:

- The `no-cache` header, sent by clients, tells Traffic Server that it should not serve any objects directly from the cache. When present in a client request, Traffic Server will always obtain the object from the origin server. You can configure Traffic Server to ignore client `no-cache` headers. Refer to Configuring Traffic Server to Ignore Client no-cache Headers for more information.
- The `max-age` header, sent by servers, is compared to the object age. If the age is less than `max-age`, then the object is fresh and can be served from the Traffic Server cache.
- The `min-fresh` header, sent by clients, is an *acceptable freshness tolerance*. This means that the client wants the object to be at least this fresh. Unless a cached object remains fresh at least this long in the future, it is revalidated.
- The `max-stale` header, sent by clients, permits Traffic Server to serve stale objects provided they are not too old. Some browsers might be willing to take slightly stale objects in exchange for improved performance, especially during periods of poor Internet availability.

Traffic Server applies `Cache-Control` servability criteria after HTTP freshness criteria. For example, an object might be considered fresh but will not be served if its age is greater than its `max-age`.

https://docs.trafficserver.apache.org/en/8.1.x/admin-guide/configuration/cache-basics.en.html#cache-control-headers

186. The accused Cox CDN functionalities include headers sent in HTTP requests and requests for content from origin servers, which provide an internal policy and a policy associated with an origin server, for example.

```
HTTP/1.1 200 OK
Date: Sun, 14 Dec 2014 23:22:44 GMT
Server: Apache/2.2.15 (Red Hat)
Last-Modified: Sun, 14 Dec 2014 23:18:51 GMT
ETag: "1aa008f-2d-50a3559482cc0"
Cache-Control: max-age=86400
Content-Length: 45
Connection: close
Content-Type: text/html; charset=UTF-8

<!DOCTYPE html><html><body>This is a fun file</body></html>
```

The `max-age` directive in the `Cache-Control` header tells downstream caching systems that the maximum time for which they are allowed to cache this response is the specified number of seconds. The origin can also add an `Expires:` header, explicitly telling the cache the time this response is to be expired. When a response is expired it usually doesn't get deleted from the cache, but, when a request comes in that would have hit on this response if it was not expired, the cache *revalidates* the response. In particular, this is the way ATS handles content revalidation. Instead of requesting the object again from the origin server, the cache will send a request to the origin indicating what version of the response it has, and asking if it has changed. If it changed, the server will send a `200 OK` response, with the new data. If it has not changed, the origin server will send back a `304 Not Modified` response indicating the response is still valid, and that the cache can reset the timer on the response expiration. To indicate what version the client (cache) has it will add an `If-Not-Modified-Since:` header, or an `If-None-Match:` header. For example, in the `If-None-Match:` case, the origin will have sent an `ETag` header that uniquely identifies the response. The client can then later use that in a revalidation request to check if the `ETag` of the requested content has changed.

https://traffic-control-cdn.readthedocs.io/en/latest/basics/cache_revalidation.html#cache-control-headers-and-revalidation




https://docs.trafficserver.apache.org/en/8.1.x/admin-guide/configuration/redirecting-http-requests.en.html#http-reverse-proxy

**COUNT VI: INFRINGEMENT OF THE ’232 PATENT**

187. Plaintiff hereby incorporates by reference each of the allegations in paragraphs 1-48 and 73-78 as though fully set forth herein, and further alleges as follows.

188. Taking advantage of the technical improvements described in the ’232 Patent, the accused Cox CDN functionalities have, pursuant to 35 U.S.C. § 271, infringed and continue to infringe the claimed approach for implementing cache servers to improve content delivery. The accused Cox CDN functionalities perform a method that infringes at least claim 1 of the ’232 Patent. Cox’s infringement has caused and will continue to cause damages for which Plaintiff is entitled to compensation pursuant to 35 U.S.C. § 284.

189. As a non-limiting example, claim 1 of the ’232 Patent generally recites a computer-implemented method operable in a content delivery network (CDN) comprising a plurality of cache servers.

190. The accused Cox CDN functionalities provide a computer-implemented method operable in a CDN, as claimed in the ’232 Patent, including a plurality of cache servers.

191. The accused Cox CDN functionalities provide a method for implementing adaptive traffic control (ATC) based content delivery network (CDN) including a plurality of cache servers. For example, Cox provides CDN technology for delivering content to destinations, or "Content Consumers." As stated below, Traffic Control technology, implemented by Cox to provide ATC based CDN services, uses Apache Traffic Server technology to "provide cache servers."

### 1.1.1 Content Delivery Networks

The vast majority of today's Internet traffic is media files (often video or audio) being sent from a single source (the *Content Provider*) to many thousands or even millions of destinations (the *Content Consumers*). CDN (Content Delivery Network)s are the technology that make that one-to-many distribution efficient. A CDN is a distributed system of servers for delivering content over HTTP(S). These servers are deployed in multiple locations with the goal of optimizing the delivery of content to the end users, while minimizing the traffic on the network. A CDN typically consists of the following:

*cache servers*
The *cache server* is a server that both proxies the requests and caches the results for reuse. Traffic Control uses Apache Traffic Server to provide *cache servers*.

https://app.readthedocs.org/projects/traffic-control-cdn/downloads/pdf/latest/ (at 3)

192. The accused Cox CDN functionalities provide receiving, at a cache server in the CDN, a client request for a resource, wherein the client request comprises a first domain name

193. The accused Cox CDN functionalities provide a method including receiving, at a cache server in a CDN, a client request for a resource comprising a first domain name. For example, ATC technology documentation describes a CDN implemented by Cox, including receiving a request for content from a client, which is received at "some cache server," for example a cache server in a "'Northwest' Edge-tier Cache Group," as stated below. The client request comprises a first domain name over HTTP/1.1 protocol, such as the exemplary domain name "origin" (i.e. www.origin.com) below.

### 1.1.2 HTTP/1.1

For a comprehensive look at Traffic Control, it is important to understand basic HTTP/1.1 protocol operations and how *cache servers* function.

**See also:**

For complete details on HTTP/1.1 see **RFC 2616**.

What follows is a sequence of events that take place when a client requests content from an HTTP/1.1-compliant server.

1. The client sends a request to the LDNS (Local DNS) server to resolve the name `www.origin.com` to an IP address, then sends an HTTP request to that IP.

   **Note:** A DNS response is accompanied by a TTL (Time To Live) which indicates for how long a name resolution should be considered valid. While longer DNS TTLs of a day (86400 seconds) or more are quite common in other use cases, in CDN use-cases DNS TTLs are often below a minute.

   1: A Client Request for `/foo/bar/fun.html` from `www.origin.com`

   ```
   GET /foo/bar/fun.html HTTP/1.1
   Host: www.origin.com
   ```

2. The server at `www.origin.com` looks up the content of the path `/foo/bar/fun.html` and sends it in a response to the client.

https://app.readthedocs.org/projects/traffic-control-cdn/downloads/pdf/latest/ (at 3)

Consider the example CDN in Fig. 1. Here some country/province/region has been divided into quarters: Northeast, Southeast, Northwest, and Southwest. The arrows in the diagram indicate the flow of requests. If a client in the Northwest, for example, were to make a request to the *Delivery Service*, it would first be directed to some *cache server* in the "Northwest" Edge-tier *Cache Group*. Should the requested content not be in cache, the Edge-tier server will select a parent from the "West" *Cache Group* and pass the request up, caching the result for future use. All Mid-tier *Cache Groups* (usually) answer to a single *Origin* that provides canonical content. If requested content is not in the Mid-tier cache, then the request will be passed up to the *Origin* and the result cached.

https://app.readthedocs.org/projects/traffic-control-cdn/downloads/pdf/latest/ (at 7)

> **Example URLs**
>
> The Example URLs of a Delivery Service are the scheme/host specifications that clients can use to request content through it. These are determined by Traffic Ops from the Delivery Service's configuration, and are read-only in virtually every context. The only reason a Delivery Service should ever have no Example URLs is if it is an ANY_MAP-*Type* Delivery Service (since they are not routed). For example, a Delivery Service that can deliver HTTP and HTTPS content, has a *Routing Name* of "cdn", an *xml_id* of "demo1", and belonging to a *CDN* that is authoritative for the *mycdn.ciab.test* domain would have two Example URLs:
>
> - *https://cdn.demo1.mycdn.ciab.test*
> - *http://cdn.demo1.mycdn.ciab.test*
>
> Note that these are irrespective of request path; meaning a client can request e.g. *https://cdn.demo1.mycdn.ciab.test/index.html* through this Delivery Service.

https://app.readthedocs.org/projects/traffic-control-cdn/downloads/pdf/latest/ (at 27)

194. The accused Cox CDN functionalities provide determining one or more values forming part of the client request.

195. The accused Cox CDN functionalities provide a method including determining one or more values forming part of the client request. For example, Cox provides a method including determining a value, such as a particular xml_id "demo1," forming part of the client request (where the client request is the exemplary "foo.demo1.mycdn.ciab.test," shown below). In this example, "demo1" indicates a machine type, particularly a signifier of a Delivery Service related to a particular cache server. In another example, a value forming part of a delivery service routing name such as "foo.bar" is shown below.

> Static DNS Entries can be added *under* a Delivery Service's domain. These DNS records can be configured in the *Delivery Services* section of Traffic Portal, and can be any valid CNAME, A or AAAA DNS record - provided the associated hostname falls within the DNS domain for the Delivery Service. For example, a Delivery Service with *xml_id* "demo1" and belonging to a *CDN* with domain "mycdn.ciab.test" could have Static DNS Entries for hostnames "foo.demo1.mycdn.ciab.test" or "foo.bar.demo1.mycdn.ciab.test" but not "foo.bar.mycdn.ciab.test" or "foo.bar.test".
>
> **Note:** The *Routing Name* of a Delivery Service is not part of the SOA (Start of Authority) record for the Delivery Service's domain, and so there is no need to place Static DNS Entries below a domain containing it.

https://app.readthedocs.org/projects/traffic-control-cdn/downloads/pdf/latest/ (at 46)

**Routing Name**

A DNS label in the Delivery Service's domain that forms the FQDN that is used by clients to request content. All together, the constructed FQDN looks like: `Delivery Service Routing Name.Delivery Service xml_id.CDN Subdomain.CDN Domain.Top-Level Domain`[1].

https://app.readthedocs.org/projects/traffic-control-cdn/downloads/pdf/latest/ (at 44)

**xml_id**

A text-based unique identifier for a Delivery Service. Many *Traffic Ops API* endpoints and internal ATC functions use this to uniquely identify a Delivery Service as opposed to the historically favored "ID". This string will become a part of the CDN service domain, which all together looks like: `Delivery Service Routing Name.Delivery Service xml_id.CDN Subdomain.CDN Domain.Top-Level Domain`. Must be all lowercase, no spaces or special characters, but may contain dashes/hyphens[Page 44, 1].

Table 45: Aliases

| Name | Use(s) | Type(s) |
|---|---|---|
| Key | Traffic Portal tables and forms | unchanged (`string`) |

https://app.readthedocs.org/projects/traffic-control-cdn/downloads/pdf/latest/ (at 52)

196. The accused Cox CDN functionalities provide determining whether said cache server has said requested resource.

197. The accused Cox CDN functionalities provide a method including determining whether the cache server has the requested resource. For example, as stated below, the ATC technology implemented by Cox CDN functionalities provides a method including determining whether a cache server (such as "some cache server in the 'Northwest' Edge-tier Cache Group") has a requested resource ("Should the requested content not be in the cache, the Edge-tier server…"), as shown below.

> Consider the example CDN in Fig. 1. Here some country/province/region has been divided into quarters: Northeast, Southeast, Northwest, and Southwest. The arrows in the diagram indicate the flow of requests. If a client in the Northwest, for example, were to make a request to the *Delivery Service*, it would first be directed to some *cache server* in the "Northwest" Edge-tier *Cache Group*. Should the requested content not be in cache, the Edge-tier server will select a parent from the "West" *Cache Group* and pass the request up, caching the result for future use. All Mid-tier *Cache Groups* (usually) answer to a single *Origin* that provides canonical content. If requested content is not in the Mid-tier cache, then the request will be passed up to the *Origin* and the result cached.

https://app.readthedocs.org/projects/traffic-control-cdn/downloads/pdf/latest/ (at 7)

198. The accused Cox CDN functionalities provide, in response to determining that said cache server has said requested resource, generating a second domain name to direct the client to said cache server for subsequent requests for said requested resource, said second domain name including first information from said first domain name and second information determined from said one or more values forming part of the client request.

199. The accused Cox CDN functionalities provide provides a method including, in response to determining the cache server has the requested resource, generating a second domain name to direct the client to a cache server for subsequent requests. For example, as discussed with respect to a demonstration or test below, a client is directed by a second domain name (e.g., "[t]he client follows the redirect and performs a DNS request for the IP address for edge.demo1.mycdn.ciab.test").

> In this case Traffic Router has access to more information when selecting a *cache server* because it has a full HTTP request instead of just a hostname. Traffic Router can be configured to select a *cache server* based on any of the following parts of the HTTP request:

> The client follows the redirect and performs a DNS request for the IP address for `edge.demo1.mycdn.ciab.test`, and normal HTTP steps follow, except the sending of the Host: header when connected to the cache is `Host: edge.demo1.mycdn.ciab.test`, and the configuration of the *cache server* includes the "remap rule" (e.g. `http://edge.demo1.mycdn.ciab.test http://origin.infra.ciab.test`). Traffic Router sends all requests for the same path in a *Delivery Service* to the same *cache server* in a *Cache Group* using consistent hashing, in this case all *cache servers* in a *Cache Group* are not carrying the same content, and there is a much larger combined cache in the *Cache Group*. In many cases DNS content routing is the best possible option, especially in cases where the client is receiving small objects from the CDN like images and web pages. Traffic Router is redundant and horizontally scalable by adding more instances into the DNS hierarchy using NS records.

https://app.readthedocs.org/projects/traffic-control-cdn/downloads/pdf/latest/ (at 94, 95)

200. The accused Cox CDN functionalities provide an address (or second domain name) used to direct the client to the cache server for subsequent requests for the resource. For example, the documentation states a cache server "caches the results for reuse," for example an "Edge-tier server" is "caching the result for future use."

> ### 1.1.1 Content Delivery Networks
>
> The vast majority of today's Internet traffic is media files (often video or audio) being sent from a single source (the *Content Provider*) to many thousands or even millions of destinations (the *Content Consumers*). CDN (Content Delivery Network)s are the technology that make that one-to-many distribution efficient. A CDN is a distributed system of servers for delivering content over HTTP(S). These servers are deployed in multiple locations with the goal of optimizing the delivery of content to the end users, while minimizing the traffic on the network. A CDN typically consists of the following:
>
> ***cache servers***
>
> The *cache server* is a server that both proxies the requests and caches the results for reuse. Traffic Control uses Apache Traffic Server to provide *cache servers*.

https://app.readthedocs.org/projects/traffic-control-cdn/downloads/pdf/latest/ (at 3)

> Consider the example CDN in Fig. 1. Here some country/province/region has been divided into quarters: Northeast, Southeast, Northwest, and Southwest. The arrows in the diagram indicate the flow of requests. If a client in the Northwest, for example, were to make a request to the *Delivery Service*, it would first be directed to some *cache server* in the "Northwest" Edge-tier *Cache Group*. Should the requested content not be in cache, the Edge-tier server will select a parent from the "West" *Cache Group* and pass the request up, caching the result for future use. All Mid-tier *Cache Groups* (usually) answer to a single *Origin* that provides canonical content. If requested content is not in the Mid-tier cache, then the request will be passed up to the *Origin* and the result cached.

https://app.readthedocs.org/projects/traffic-control-cdn/downloads/pdf/latest/ (at 7)

201. The accused Cox CDN functionalities include providing the second domain name to a client. For example, the accused Cox CDN functionalities provide a method including receiving, at the cache server, a subsequent request for the resource, the subsequent request comprising the second domain name. As one specific example, a client makes an initial request to a domain name for content, then based on the second domain name generated by the IP address associated with the initial request and the remapping rules in the reverse proxy the client is informed of the origin of said content and makes a subsequent request based on the domain name.

202. In this specific example, a client is informed of the modification to the domain name and is instructed by the Traffic Server to request from the proxy domain in subsequent requests.


the client. If the supplied hostname is found in this list of mappings, the proxy checks its cache, and when the content is not already present, connects to the Origin to which the requested `Host:` maps requests the path of the original URL, providing the Origin hostname in the `Host` header. The proxy then stores the URL in its cache and serves the contents to the client. When there are subsequent requests for the same URL, a caching proxy serves the content out of its cache - provided Cache Control Headers and Revalidation are satisfied - thereby reducing latency and network traffic.

https://traffic-control-cdn.readthedocs.io/en/v8.0.1/glossary.html

To insert a *reverse proxy* into a typical HTTP 1.1 request and response flow, the *reverse proxy* needs to be told where the origin server can be reached (and which Origin to use for a given request when it's configured to proxy requests for multiple Origins). In ATS this is handled by adding rules to the remap.config configuration file. The content owner must inform the clients, by updating the URL, to receive the content from the cache and not from the origin server directly. For example, clients might be instructed to request content from `http://www-origin-cache.cdn.com` which points to a *reverse proxy* for the actual Origin located at `http://www.origin.com`.

Now, if the client requests `/foo/bar/fun.html` from the *reverse proxy* the sequence of events is as follows. is given the URL `http://www-origin-cache.cdn.com/foo/bar/fun.html` (note the different hostname) and when attempting to obtain that URL, the following occurs:

1. The client sends a DNS request to the LDNS to resolve the name `www-origin-cache.cdn.com` to an IP address.
2. The LDNS finds an IP address for `www-origin-cache.cdn.com` e.g. `55.44.33.22`.
3. The client sends an HTTP request for `/foo/bar/fun.html` to the IP address.

*#1580 Client Requests Content from the Reverse Proxy*

```
GET /foo/bar/fun.html HTTP/1.1
Host: www-origin-cache.cdn.com
```

4. The *reverse proxy* finds out the URL of the true Origin - in the case of ATS this is done by looking up `www-origin-cache.cdn.com` in its remap rules - and finds that it is `www.origin.com`.

https://traffic-control-cdn.readthedocs.io/en/v8.0.1/glossary.html

## PRAYER FOR RELIEF

Wherefore, Plaintiff requests entry of judgment in its favor and against Cox as follows:

A. Judgment that Cox has directly infringed one or more claims of each of the Asserted Patents pursuant to 35 U.S.C. § 271;

B. An award of damages to compensate Plaintiff for Cox's infringement, including damages pursuant to 35 U.S.C. § 284, as well as prejudgment and post-judgment interest;

C. An award of costs and expenses in this action, including an award of Plaintiff's reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

D. A permanent injunction restraining and enjoining Cox, and its respective officers, agents, servants, employees, attorneys, and those persons in active concert or participation with Cox who receive actual notice of the order by personal service or otherwise, from any further sales or use of their infringing products and/or services and any other infringement of the Asserted Patents;

E. A finding that this is an exceptional case and ordering Cox to pay Plaintiff's costs of suit and attorneys' fees; and

F. Any such other and further relief as the Court may deem just, proper, and equitable under the circumstances.

## **JURY DEMAND**

Plaintiff respectfully demands a trial by jury on all claims and issues so triable.

Dated: July 11, 2026

Respectfully submitted,

By: */s/ Josh Becker*

Josh Becker (GA Bar No. 046046)
Andrew Boyer (GA Bar No. 770786)
SHOOK, HARDY & BACON L.L.P.
1230 Peachtree St., Suite 1200
Atlanta, GA 30309
Phone: 470.867.6000
Fax: 470-867-6001
jbecker@shb.com
aboyer@shb.com

Robert H. Reckers (pro hac forthcoming)
TX Bar No. 24039520
Andrew M. Long (pro hac forthcoming)
TX Bar No. 24123079
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002
Phone: 713.227.8008
Fax: 713-227-9508
rreckers@shb.com
amlong@shb.com

B. Trent Webb (pro hac forthcoming)
MO Bar No. 40778
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816.474.6550
Fax: 816-421-5547
BWEBB@shb.com

***Attorneys for Plaintiff***
***Sandpiper CDN, LLC***